# In the United States Court of Federal Claims

**07-326 C**

**Filed:05/29/2007**

**HILLIAN BROS. And SONS, INC.**

**v.**

**THE UNITED STATES**

**Document** : Exhibits (attachments) 1-10.

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.