FILED
MAY 2 9 2007
U.S. COURT OF
FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**HILLIAN BROS. & SONS, INC.**

*Plaintiff,*

**vs.**

**UNITED STATES OF AMERICA**

*Defendant.*

**Case No:** 07-326 C

**RCFC RULE 7.1 (a) DISCLOSURE STATEMENT**

Plaintiff, Hillian Bros. & Sons, Inc. ("Hillian Bros."), by counsel, pursuant to RCFC, Rule 7.1(a) hereby files this disclosure statement as follows:

1. No corporation holds 10% or more of the stock of Hillian Bros. & Sons, Inc.

Respectfully submitted,

**GREENBURG, SPENCE & TAYLOR, LLC**

Dated: May 29, 2007

By: ______________________

Donald H. Spence, Jr., Esq.
Michael P. Marchetti, Esq.
51 Monroe Place, Suite 707
Rockville, Maryland 20850-2406
301-610-0010
301-610-0021 fax
Email: despence@gstlaw.com

Attorneys for Hillian Bros. & Sons, Inc.