IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HILLIAN BROS. & SONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07-326C |
| | ) | (Judge Hodges) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Armando Rodriguez-Feo, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Armando Rodriguez-Feo
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 12004
Washington, D.C. 20530
Phone: (202) 307-3390
Fax: (202) 514-8624
Email: Armando.Rodriguez-Feo@usdoj.gov

Attention: Classification Unit
8th Floor

s/Armando Rodriguez-Feo
Armando Rodriguez-Feo
Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice

Dated: June __, 2007

CERTIFICATE OF FILING

I hereby certify that on this __ day of June, 2007, a copy of the foregoing “NOTICE OF APPEARANCE” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/Armando Rodriguez-Feo