IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HILLIAN BROS. & SONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07-326C |
| | ) | (Judge Hodges) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S FIRST MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 60 days, to and including September 28, 2007, within which to file its response to plaintiff's complaint. Defendant's response is now due to be filed on July 30, 2007. This is defendant's first request for an enlargement of time for this purpose. Plaintiff's counsel opposes this request and will file an opposition to it.

Defendant has sent to the General Services Administration ("GSA") a copy of the complaint, along with a request for a litigation report and suggested response to the complaint, pursuant to 28 U.S.C. § 520.[1] Agency counsel has asked for additional time to gather and review any information necessary for preparation of GSA's litigation report and suggested response to the complaint. This process may be particularly time-consuming in this case because there is no

[1] Section 520 provides that, "[i]n suits against the United States in the United States Court of Federal Claims . . . founded on a contract, agreement, or transaction with an executive department . . . the Attorney General shall send to the department . . . a printed copy of the petition filed by the claimant, with a request that the department . . . furnish to the Attorney General all facts, circumstances, and evidence concerning the claim in the possession or knowledge of the department," and that, "[w]ithin a reasonable time after receipt of the request of the Attorney General, the executive department . . . shall furnish the Attorney General with a written statement of all facts, information, and proofs." 28 U.S.C. § 520.

contracting officer's decision. Counsel for GSA informed defendant's counsel that he will deliver the litigation report to the Department of Justice by the beginning of August, 2007. Once the litigation report is received, defendant's counsel will need sufficient time to review the litigation report and suggested response to the complaint, obtain any additional information or clarification from GSA, and prepare and file the Government's response to the complaint.

Additionally, defendant's counsel has answers due in the following other cases: (1) CCS Industrial Sales, Inc. v, United States, 1:07-cv-00326-RHH (Fed. Cl.), on July 30, 2007; (2) Great Lakes Dredge & Dock Co. v. United States, 1:07-cv-00218-NBF (Fed. Cl.), on August 16, 2007; (3) Pennsauken Senior Towers Urban Renewal Assoc., LLC v. United States, 1:07-cv-00174-CFL (Fed. Cl.), on August 21, 2007; and (4) Securitas Gmbh Werkschutz v. United States, 1:07-cv-00255/256/257-NBF (Fed. Cl.) (three cases requiring three separate answers and counterclaims), on August 24, 2007. In addition to these cases, this Court directed that the Government treat the case of TMI Mgmt. Systems, Inc. v. United States, 1:07-cv-004070-LAS (Fed. Cl.) on an expedited schedule, akin to a bid protest case, and file its brief by August 31, 2007.

For these reasons, defendant respectfully requests that the Court grant its first motion for a 60-day enlargement of time within which to file its response to plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Assistant Director

/s Armando A. Rodriguez-Feo
ARMANDO A. RODRIGUEZ-FEO
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 307-3390
Fax: (202) 514-8624

July 18, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 18th day of July, 2007, a copy of the foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Armando A. Rodriguez-Feo