IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| HILLIAN BROS. & SONS, INC.<br>*Plaintiff,*<br>vs.<br>UNITED STATES OF AMERICA<br>*Defendant.* | Case No: 07-326C<br>(Judge Hodges) |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S FIRST MOTION FOR AN ENLARGEMENT OF TIME**

Plaintiff, Hillian Bros. & Sons. Inc. ("Hillian Bros."), by counsel. hereby opposes Defendant's First Motion for an Enlargement of Time, and for cause states as follows:

1. On May 29, 2007, Hillian Bros. filed its Complaint in this matter, thus making the Defendant's Answer due on July 30, 2007.

2. Defendant states in its Motion that it requires 60 additional days to respond to the Complaint as the General Services Administration ("GSA") needs additional time to prepare its response and Defendant's counsel has 3 Answers and a Brief due in August of 2007.

3. Plaintiff opposes Defendant's motion as an additional 60 days after an already lengthy 60 days of time to respond permitted by the Rules of this Court is unreasonable.

4. The GSA's Contracting Officer received Hillian Bros.' certified claim by certified mail on February 20, 2007 and supplement claim by certified mail on April 10, 2007. Certainly, the GSA's Contracting Officer is well enough aware of Hillian Bros.' claims in sufficient enough detail to assist Defendant's counsel in preparing a pleading as basic as an Answer.

5. Plaintiff submits that an additional 30 days is sufficient to accommodate counsel's schedule, but still force the GSA's Contracting Officer to respond to Hillian Bros.'s long

outstanding claims.

WHEREFORE, Plaintiff, Hillian Bros. & Sons, Inc., hereby requests that this Honorable Court deny Defendant's First Motion for an Enlargement of Time, or, in the alternative, allow Defendant only 30 additional days to file its response to the Complaint, and for such other relief as this Court finds appropriate.

Respectfully submitted,

**GREENBURG, SPENCE & TAYLOR, LLC**

Dated: July 24, 2007

By: ______________________

Donald H. Spence, Jr., Esq.
Michael P. Marchetti, Esq.
51 Monroe Place, Suite 707
Rockville, Maryland 20850-2406
301-610-0010
301-610-0021 fax
Email: dspence@gstlaw.com

Attorneys for Hillian Bros. & Sons, Inc.

**CERTIFICATE OF FILING**

I hereby certify that on this 24th day of July, 2007, a copy of the foregoing was filed electronically. I understand that the notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

______________________

Michael P. Marchetti, Esq.