**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **HILLIAN BROS. & SONS, INC.**<br>*Plaintiff,*<br>**vs.**<br>**UNITED STATES OF AMERICA**<br>*Defendant.* | **Case No: 1:07-cv-00326-RHH**<br>**(Judge Hodges)** |

**ORDER DENYING DEFENDANT'S FIRST MOTION FOR AN ENLARGEMENT OF TIME**

Upon consideration of the Defendant's First Motion for an Enlargement of Time and Plaintiff's Opposition thereto, it is on this ________ day of ________________, 2007 hereby

ORDERED, that the Motion be, and it hereby is, DENIED, and it is further

ORDERED, that Defendant shall file its responsive pleading to Plaintiff's Complaint within _____ days of this Order.

____________________________________
Robert H. Hodges, Jr., Sr. Judge
U.S. Court of Federal Claims

Copies to be sent to counsel via the Court's electronic filing system.