# In the United States Court of Federal Claims

* * * * * * *

HILLIAN BROS. & SONS, INC., *

Plaintiffs, * No. 07-326C

v. * Filed: August 16, 2007

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

Defendant's motion for enlargement to September 28 within which to file its response to plaintiff's Complaint is GRANTED.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge