IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HILLIAN BROS. & SONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07-326C |
| | ) | (Judge Hodges) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT MOTION FOR A STAY OF PROCEEDINGS AND REMAND

Pursuant to Rule 52.2 of the Rules of the United States Court of Federal Claims ("RCFC"), plaintiff, Hillian Bros. & Sons, Inc., and defendant, the United States, respectfully request that the Court grant a stay of proceedings in this case for 45 days from the date of its order and remand the cause to the Contracting Officer for a decision on plaintiff's February 12, 2007, as amended by its April 5, 2007, in accordance with the Contract Disputes Act, 41 U.S.C. §§ 601-613 (2006) ("CDA").

Section 605(c)(5) of the CDA provides the Court with discretion to enter a stay when in a case such as this one, "suit is . . . commenced in the absence of a prior decision by the contracting officer." 41 U.S.C. § 605(c)(5). Moreover, "the Court may issue a stay to obtain a final decision when the Court believes that such a decision would be beneficial to the parties and assist resolution of the matter." United Partition Sys., Inc. v. United States, 59 Fed. Cl. 627, 641-42 (2004); RCFC 52.2.

In the present case, plaintiff submitted its claim to the contracting officer on February 12, 2007, and amended the claim on April 5, 2007. The contracting officer never issued a final decision.

Both parties believe that a contracting officer's final decision would greatly assist in resolving the matter because it would give the parties a clearer understanding of the controversy.

Accordingly, in the interest of conserving judicial resources, and the time and expense of the parties, the parties respectfully request that the Court stay the proceedings in the case and enter an order staying this matter for 45 days, commencing upon the day of the order, so that the contracting officer may issue a final decision upon plaintiff's claim. Within 14 days from the conclusion of the stay, the parties shall submit a joint status report recommending further proceedings in this matter.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Assistant Director

/s Donald H. Spence
DONALD H. SPENCE
Greenburg, Spence & Taylor, LLC
51 Monroe Place, Suite 707
Rockville, Maryland 20850
Tel: (301) 610-7561
Fax: (301) 610-0021

/s Armando A. Rodriguez-Feo
ARMANDO A. RODRIGUEZ-FEO
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tel: (202) 307-3390
Fax: (202) 514-8624

October 1, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 1st day of October, 2007, a copy of the foregoing "JOINT MOTION FOR A STAY OF PROCEEDINGS AND REMAND" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Armando A. Rodriguez-Feo