# In the United States Court of Federal Claims

* * * * * * *

HILLIAN BROS. & SONS, INC., *

Plaintiffs, * No. 07-326C

v. * Filed: October 9, 2007

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

The parties have jointly moved for a 45-day stay of proceedings. They also requested we remand the case to the Contracting Officer for a final decision on plaintiff's February 12, 2007 claim (as amended by its April 5, 2007 supplement). The Contracts Disputes Act provides us with this option. 41 U.S.C. § 605(c)(5) (2007) ("[I]n the event an appeal or suit is so commenced in the absence of a prior decision by the contracting officer, the [court] may, at its option, stay the proceedings to obtain a decision on the claim by the contracting officer.")

The motion is GRANTED. The stay expires on Friday, November 23, 2007. The parties will file a joint status report on or before December 7, 2007.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge