IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HILLIAN BROS. & SONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-326C |
| | ) | (Judge Hodges) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT FOLLOWING CONTRACTING OFFICER'S DECISION

On October 9, 2007, the Court granted the parties' motion for a 45-day stay in order to obtain a final decision from the contracting officer, and ordered that the parties file a joint status report by December 7, 2007.

On November 21, 2007, the contracting officer issued his final decision and denied, in part, plaintiff's claim.

Accordingly, plaintiff will seek leave to file an amended complaint in this case and defendant shall respond to the amended complaint within 14 days of filing of the amended complaint.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Assistant Director

/s Donald H. Spence
DONALD H. SPENCE
Greenburg, Spence & Taylor, LLC
51 Monroe Place, Suite 707
Rockville, Maryland 20850
Tel: (301) 610-7561
Fax: (301) 610-0021

/s Armando A. Rodriguez-Feo
ARMANDO A. RODRIGUEZ-FEO
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tel: (202) 307-3390
Fax: (202) 514-8624

December 7, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 7th day of December, 2007, a copy of the foregoing "JOINT STATUS REPORT FOLLOWING CONTRACTING OFFICER'S DECISION" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Armando A. Rodriguez-Feo