**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **HILLIAN BROS. & SONS, INC.**<br>*Plaintiff,*<br>**vs.**<br>**UNITED STATES OF AMERICA**<br>*Defendant.* | **Case No: 1:07-cv-00326-RHH**<br>**(Judge Hodges)** |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Upon consideration of the Plaintiff's Motion for Leave to File Amended Complaint, and any response thereto, it is on this ________ day of _________________, 2007 hereby

ORDERED, that the Motion be, and it hereby is, GRANTED, and it is further

ORDERED, that the Amended Complaint attached to Plaintiff's Motion for Leave to File Amended Complaint, be, and it hereby is, deemed FILED.

____________________________________
Robert H. Hodges, Jr., Sr. Judge
U.S. Court of Federal Claims

Copies to be sent to counsel via the Court's electronic filing system.