HILLIAN BROTHERS AND SONS,
FOB #6, CORRECT WATER PENETRATION PROBLEM
AMOUNTS DUE SUBCONTRACTORS

| SUBCONTRACTOR | PHASE A CONTRACT AMOUNT | CHANGE ORDER, PHASE A | PHASE A CONTRACT + CHANGE ORDERS | AMOUNT PAID TO DATE | BALANCE DUE TO SUBCONTRACTORS |
|---|---|---|---|---|---|
| GENERAL CONDITIONS (BONDS, PERMITS, & MISC SUPPLIES/EQUIP)/PAYROLL | $ 413,882.23 | | $ 413,882.23 | $ 413,882.23 | |
| CRW MECHANICAL | 45,820.00 | 55,651.00 | 101,471.00 | 88,714.00 | 12,757.00 |
| CTI CONSULTING | 109,527.00 | | 109,527.00 | 109,527.00 | - |
| EQUIPMENT RENTAL | 110,381.02 | | 110,381.02 | 109,511.02 | 870.00 |
| SEALERS/METRO SEALERS | 84,115.00 | 31,970.94 | 116,085.94 | 116,085.94 | - |
| LANDSCAPING | 118,620.42 | 79,972.58 | 198,593.00 | 136,093.00 | 62,500.00 |
| INTOWN RESTORATION | 148,670.00 | 17,385.00 | 166,055.00 | 143,794.00 | 22,261.00 |
| LONG FENCE | 10,466.21 | 1,200.00 | 11,666.21 | 9,553.38 | 2,112.83 |
| MILLER CONSTRUCTION | 81,227.00 | | 81,227.00 | 68,445.00 | 12,782.00 |
| NEWBORG | 156,318.93 | | 156,318.93 | 114,218.93 | 42,100.00 |
| PAGLIARO BROTHERS STONE | 246,060.89 | | 246,060.89 | 199,488.00 | 46,572.89 |
| PRIMARY ENTERPRISES | 25,192.35 | 1,100.00 | 26,292.35 | 25,192.35 | 1,100.00 |
| R&F CONCRETE | 143,508.00 | | 143,508.00 | 143,508.00 | - |
| U.S. PRECAST CONCRETE | 99,000.00 | 4,000.00 | 103,000.00 | 100,500.00 | 2,500.00 |
| WILCOX CAULKING CORP | 23,809.00 | | 23,809.00 | | 23,809.00 |
| TOTALS | $ 1,816,598.05 | $ 191,279.52 | $ 2,007,877.57 | $ 1,778,512.85 | $ 229,364.72 |

11/8/2006