HILLIAN

Hillian Brothers & Sons, Inc.
8501 Ardwick-Ardmore Road
Landover, Maryland 20785
(301) 772-8861 • (301) 772-8864 Fax

*General Contracting*
*Environmental Contracting*

November 28, 2006

General Service Administration,WPJ
ATTN: Louis Berman
7th and D Streets S.W.
Washington D.C.

**RE: Correct Water Penetration Problems Building FOB-6, GS-11P03YAD0040, W.O. (P-11-05YT-0156/RDC-41024) Project Closeout**

Dear Mr. Berman:

Hillian Brothers and Sons is providing this letter as response to your letter dated November 15, 2006, referencing the Change Order Column of the spreadsheet your received from Mr. Jeremiah Hillian. Mr. Hillian stated he presented two spreadsheets to you and Mr. Vrobel. The spreadsheet that had the change orders with the seven subcontractors were given to you to show the additional cost we incurred in Phase A, which was 40% of the entire project, not 33%. The Landscaping entry was improperly label because the company (Grass Roots) performed concrete demolition and waterproof scrapping.

The second spreadsheet Mr. Hillian provided to you was the same sheet (without the updates) we provided you in our first meeting to discuss the final monies we were to receive from GSA. I will include a copy of this spreadsheet with this letter. Please review this spreadsheet to assist your decision making process.

Mr. Hillian wants to resolve the money issue and closeout this project as soon as possible. He would like to meet with you and Mr. Vrobel Friday, December 1, 2006 at 1100. Please contact the undersigned if you have any questions, or if you need additional information.

Sincerely,
**Hillian Brothers and Sons, Inc.**

Lawrence Hillian
Lawrence Hillian
V. P. Operations

Michael Vrobel, GSA, Contracting Officer

ALL-STATE LEGAL® Ex. 3