GSA

GSA National Capital Region

Hillian Brothers and Sons, Inc
8501 Ardwick Ardmore Road
Landover, MD 20785

21 December 2006

SUBJECT: Correct Water Penetration Problems contract located at the Education Building (FOB #6), 400 Maryland Ave, SW, Washington, D.C. GS-11P03YAD0040 / P-11-05-YT-0156 / RDC-41024

Dear Mr. Hillian,

Thank you for your letter of December 4, 2006. Despite several requests, Hillian Brothers and Sons, Inc. has been unable to provide GSA the detailed information it requested in its 15 November and 29 November 2006 letters. Hillian Brothers and Sons, Inc. has instead requested that GSA base its financial assessment for final payment on the percentage of work Hillian completed as a part of the total contract requirement.

GSA has carefully reviewed the construction contract, the construction documents, and all the work that was performed by Hillian Brothers and Sons, Inc. and accepted by GSA. GSA inspected, surveyed and measured the site to confirm the findings below:

| Description of Work | Work Quantity | Percent of Contract | Total Value of Work | Previously Paid | Payment Due |
|---|---|---|---|---|---|
| Phase A | 15,615 SF | 35% | $ 725,222 | $642,707 | $82,515 |
| Phase B | 9,792 SF | 23% | $ 476,574 | $ 10,580 | $ 000 |
| Phase C | 7,877 SF | 18% | $ 372,971 | $ 3,388 | $ 000 |
| Phase D | 10,513 SF | 24% | $ 497,295 | $ 3,388 | $ 000 |
| SUBTOTAL | 43,797 SF | 100% | $2,072,062 | $660,063 | $82,515 |
| Interior Work | | *23% | $793,832 | $235,723 | ($57,440) |
| CE07 CS Concrete | | | | | ($ 6,333) |
| CE08 Air Shaft | | | | | ($13,034) |
| CE09 Maryland Avenue Demolition | | | | | $13,188 |
| CE10 Duct Work | | | | | $ 5,440 |
| Remove Granite | | | | | $0 |
| 4 Fans/Startup | | | | | $0 |
| Retainage | | | | | $74,346 |
| Hillian Deductions w/ GSA Costs | | | | | |
| General Conditions | | | | | $0,000 |
| Concrete Cleaning | | | | | ($ 5,000) |
| Stone Restore/Cleaning | | | | | ($ 5,775) |
| Plantings | | | | | ($ 6,290) |
| Liquid Damages | | | | | ($21,000) |
| SUB TOTAL | | | | | $60,617 |

U.S. General

ALL-STATE LEGAL

Ex. 4

There are also documented costs of $44,187 to the government that were a result of Hillian Brothers and Sons, Inc. activities on the project site Please refer to Spec Section 02070.3.5 in the contract that states your damage and repair responsibilities.

GSA DEDUCTS

| | |
|---|---|
| Water Damage to DoED Health Unit | ($25,500) |
| Garage Dumpster Impact (18 weeks) | ($ 8,450) |
| South Garage Sprinkler Impact | ($ 650) |
| Sub Basement 103 Cleaning | ($ 3,834) |
| EMS in Confined Space | ($ 5,000) |
| Removal of insects (flies) from DoED Library | ($ 753) |
| SUB TOTAL | ($44,187) |
| NET TOTAL | $16,430 |

GSA's final payment to Hillian Brothers and Sons, Inc. includes an additional deduction of $44,187 resulting in a final net payment of $16,430.

Please call me if you have questions.

Sincerely,

Louis D. Berman
Chief of Construction
Contracting Officer's Representative
DC Service Center
GSA/NCR/PBS
202 205-5875

cc: Mike Vrobel
(1) attachment cadd drawing

*is a percentage of the total contract interior concrete requirement, with others being paid 100%

U.S. General Services Administration
301 7th Street, SW
Washington, DC 20407-0001