LAW OFFICES
GREENBURG, SPENCE & TAYLOR, L.L.C.

PETER A. GREENBURG
DONALD H. SPENCE, JR
MICHAEL A. TAYLOR
MICHAEL P. MARCHETTI
PAYAM SIADAT

OF COUNSEL
STEVEN M. WEISBAUM

51 MONROE PLACE, SUITE 707
ROCKVILLE, MARYLAND 20850-2406

TELEPHONE
301-610-0010

FACSIMILE
301-610-0021

February 12, 2007

VIA CERTIFIED MAIL NO. 7005 1820 0005 5139 1333
Mr. Michael J. Vrobel
Contracting Officer
General Services Administration
301 7th Street, SW
Washington, D.C. 20407-0001

Re: *Correct Water Penetration Problems project located at the Educational Building (FOB #6), 400 Maryland Ave., SW, Washington, D.C. GS-11P030YAD0040 / P-11-05-YT-0156 / RDC-41024*

Dear Mr. Vrobel:

Please be advised this office represents Hillian Brothers and Sons, Inc., the GSA's general contractor on the Department of Education Headquarters waterproofing project. Contract No. 6511PO30YAD0040. A copy of Order No. P1105YT0156 arising out of the contract is attached as Exhibit 1.

As you are aware, GSA verbally informed Hillian Brothers that it has chosen to terminate Hillian Brother's contract for the convenience of the government. Hillian Brothers received a letter dated December 21, 2006, from the GSA's COR (Exhibit 2) making an offer with regard to the final amount to be paid to Hillian Brothers for the closeout of the contract.

There appear to be several items in the offer which require further consideration by the GSA. Those areas are as follows:

1. Actual work performed under Phase A.

The GSA's letter of December 21, 2006 indicates a total quantity of work of 15,615 SF. In fact, Hillian Brothers performed 19,375.31 SF of work.

ALL-STATE LEGAL®
Ex. 5

Attached to this letter are as-built drawings showing the total square footage of work performed (Exhibit 3) along with a drawing summarizing Hillian Brothers calculations (Exhibit 4). It is Hillian Brothers position that the total value of this work is $837,113.45 based on the total square footage work performed. The GSA has previously approved payment of $642,707.00. Therefore, the total amount claimed by Hillian Brothers is $194,406.45. The GSA has offered $82,515.00 as the balance due for the Phase A work.

2. Interior Work

Hillian Brothers performed a portion of the interior work for the project. GSA subsequently instructed Hillian Brothers to cease work on the interior. At the time, the parties agreed that the work was 37% complete with a total value of $291,563.80. This agreement is confirmed in the attached payment application approved by the GSA(Exhibit 5). For whatever reason, the GSA has subsequently determined that an additional $57,440.00 should now be removed from the previously agreed amount. There is no reason, contractual or otherwise, to reduce the agreed value of the interior work by this amount. Hillian Brothers insists on being paid for the value of work that it performed as previously agreed by the GSA.

3. Change Orders

A. Granite Change Order. Hillian Brothers is seeking an additional $39,872.00 for removal of granite in order to perform waterproofing work. This claim is passed through from Hillian Brothers granite subcontractor, Pagliaro Brothers Stone Co., Inc. The letter directing the work is dated October 12, 2005, and is attached hereto (Exhibit 6). Also, attached is Hillian Brothers' July 7, 2006, letter from Hillian Brothers to GSA providing the additional information with regard to this claim as well as related information ( Exhibit 7). The GSA has not responded to Hillian Brothers' July 7, 2006 letter.

B. 4 Fans/Startup. Hillian Brothers was required to remove and replace four fans which were not indicated on the contract drawings. This unforseen subsurface condition is the responsibility of the government and Hillian Brothers should be compensated for this work. Attached is Hillian Brothers's subcontractor CRW Mechanical's backup documentation for this claim (Exhibit 8). CRW's invoice is for $4,106.15. With Hillian Brothers markup, the total amount claimed by Hillian Brothers is $4,526.00.

C. Precast concrete. Hillian Brothers provided the GSA with precast concrete samples which were approved. When the precast concrete were delivered to the site, the government rejected the materials despite the fact they were in compliance with the approved samples. The precast supplier will not take back the material provided and Hillian Brothers will incur the entire expense of $31,785.93 for this improperly rejected material. A final CO decision was issued on this matter July 17, 2006 (See, Exhibit 9) and Hillian Brothers requests that the contracting officer reconsider this request.

4. GSA Deductions

In the December 21, 2006, letter (Exhibit 2) the GSA listed $44,187.00 in deductions. No backup was provided for these deductions, and in several cases it had previously been determined that Hillian Brothers was not responsible for these costs. These deductions have not been properly assessed in accordance with the contract documents and they should be removed from the calculation of the amounts owed to Hillian Brothers.

Upon consideration of the above, the following is Hillian Brothers' summary of the amount due to close out the contract:

| | |
|---|---|
| Balance owed for actual work performed under Phase A: | $ 194,406.45 |
| Net Approved Change Orders CE07-CE10: | [779.00] |
| Change Order - Remove granite: | 39,872.00 |
| Change Order - 4 Fans/Startup: | 4,526.00 |

| | |
|---|---|
| Change Order- Pre-cast concrete: | 31,785.00 |
| Retainage: | 74,346.00 |
| GSA deductions - Concrete cleaning: | [5,000.00] |
| GSA deductions - Stone Restore/Cleaning: | 5,775.00] |
| GSA deductions - Plantings: | [6.290.00] |
| GSA deductions - Liquidated Damages: | [21,000.00] |
| GSA Final Payment to Hillian Brothers: | $ 306,091.45 |

Hillian Brothers hereby requests the issuance of a final Contracting Officers decision on all of these matters in accordance with the Contract Disputes Act. Lawrence Hillian's certification of this claim is attached as Exhibit 10.

Thank you for your consideration of this request. Please feel free to contact me if you require any additional information.

Very truly yours,

Donald H. Spence, Jr.

DHS/ces
Enclosures
cc: Hillian Brothers, Inc.

K:\Spence\Wordperfect\Hillian\Dept Engergy\Vrobel Letter.wpd

# ORDER FOR SUPPLIES AND SERVICES

Important: 553.370-300 ... | PAGE OF PAGE

| 1. DATE OF ORDER | 2. ORDER NUMBER | 3. CONTRACT NUMBER | 4. ACT NUMBER |
|---|---|---|---|
| Mar 31, 2005 | P1105YT... | GS11P03YAD004C | [illegible] |

**IMPORTANT**

- *This form is not to be used as an invoice. See reverse for invoice requirements and payment information*
- *The invoice remit to address must be the same as Block 12. Notify the contracting/ordering officer if the information in Block 12 is incorrect*
- *Failure to show the ACT number (Block 4) on invoice will delay payment and render the invoice improper*
- *Failure to mail the invoice to the address in Block 24 will delay payment*
- *Failure of service contractors to provide information in Block 9A will result in 20% of payment being withheld (26 U.S.C. 3406,a)*

**7. TO CONTRACTOR** *(Name, address and zip code)* 00004819

Hillian Brothers & Sons, Inc.,
8501 Ardwick-Ardmore Rd
Landover MD 20785

Lawrence Hillian (301)772-8861

**8. TYPE OF ORDER** REFERENCE YOUR

☐ A. PURCHASE

Please furnish the following on the terms specified on both sides of the order and the attached sheets, if any, including delivery as indicated

☒ B. DELIVERY

This delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above number contract

C. MODIFICATION NO | AUTHORITY FOR ISSUING

Except as provided herein, all terms and conditions of the original order, as heretofore modified, remain unchanged

**9A. EMPLOYER'S IDENTIFICATION NUMBER** 521273068

**9B. CHECK IF APPROP.** ☐ WITHHOLD 20%

**10A. CLASSIFICATION**
☐ A. SMALL BUSINESS ☐ B. OTHER THAN SMALL BUSINESS ☒ C. SMALL DISADVANTAGED ☐ D. SMALL WOMEN-OWNED

**10B. TYPE OF BUSINESS ORGANIZATION**
☒ A. CORPORATION ☐ B. PARTNERSHIP ☐ C. SOLE PROPRIETOR

| 11. ISSUING OFFICE *(Address, zip code and telephone no.)* | 12. REMITTANCE ADDRESS *(MANDATORY)* | 13. SHIP TO *(Consignee address, zip code and telephone no.)* |
|---|---|---|
| WPJ<br>GSA<br>DC Service Ctr<br>7th & D Sts, S.W.<br>Washington, DC 20407 | 00004819<br>Hillian Brothers & Sons, Inc.,<br>8501 Ardwick-Ardmore Rd<br>Landover MD 20785 | DC001022<br>FOB #6, (Education Bldg)<br>400 Maryland Ave, SW.<br>Washington, DC. 20202 |

**14. PLACE OF INSPECTION AND ACCEPTANCE**
FOB #6, EDUCATION BLDG, 400 MARYLAND AVENUE, WASH., DC 20202

**15. REQUISITION OFFICE** *(Name, symbol and telephone no.)*

| 16. F.O.B. POINT | 17. GOVERNMENT B/L NO. | 18. DELIVERY F.O.B. POINT ON OR BEFORE | 19. PAYMENT/DISCOUNT TERMS |
|---|---|---|---|
| DESTINATION | | Sep 30, 2005 | Net 30 |

## 20. SCHEDULE

| ITEM NO. (A) | SUPPLIES OR SERVICES (B) | QUANTITY ORDERED (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | See Attached Schedule | | | | |

**21. RECEIVING OFFICE** *(Name, symbol and telephone no.)*
WPJ, 7TH & D STS, SW, RM 2670, WASHINGTON, DC 20407

TOTAL FROM 300-A(s): 3,31[illegible]

**22. SHIPPING POINT** | **23. GROSS SHIP WT** | GRAND TOTAL: [illegible]

**24. MAIL INVOICE TO** *(Include zip code)*
General Services Administration (FUND) 7BCP

**25A. FOR INQUIRES REGARDING PAYMENT CONTACT** Mary Plummer | **25B. TELEPHONE** (202) 205-34[illegible]

26A. NAME OF CONTRACTING/ORDERING OFFICER

SIGNATURE: Michael [signature] 3/31/05

ORDER FOR SUPPLIES AND SERVICES
*(Continuation)*

THIS NUMBER [illegible] PAPERS RELATING [illegible]

DATE [illegible] | ORDER NO. [illegible] | PAGE [illegible] OF [illegible] PAGES

| ITEM NO. (A) | SUPPLIES OR SERVICES (B) | QUANTITY ORDERED (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| [illegible] | BASE BID PRICE<br><br>CONTRACTOR TO PROVIDE ALL LABOR, MATERIALS, EQUIPMENT AND SUPERVISON TO REPLACE EXISTING WATER PROOFING AND FLASHING AT THE EXTERIOR SIDE WALKS/BUILDING ENTRANCE STEPS/PLANTERS/PLAZA AREAS WHERE THE EXISTING BUILDING EXTENDS BENEATH; INCLUDING REMOVAL AND REPLACEMENT OR REINSTALLATION OF THE SITE ELEMENTS. | 1 | EA | [illegible] | [illegible] |
| 0002 | OPTION G1 - $50,185.00 - THIS OPTION WILL NOT BE EXERCISED BY THE GOVERNMENT. | 1 | EA | 0.00 | 0.00 |
| 0003 | OPTION G2 | 1 | EA | 449,625.00 | 449,625.00 |
| 0004 | UNIT PRICE #1 - OVERHEAD PARTIAL DEPTH CONCRETE PATCH REPAIRS TO SUB-BASEMENT VAULT CEILING SLAB DETERIORATION (EAST/WEST/CENTRAL VAULTS) | 0 | EA | 1,309.00 | 0.00 |
| 0005 | UNIT PRICE #2 - FULL-DEPT CONCRETE PATCH REPAIRS TO SUB-BASEMENT VAULT CEILING SLAB DETERIORATION (WEST SIDE VAULT ONLY) | 0 | EA | 1,771.00 | 0.00 |
| 0006 | UNIT PRICE #3 - CONCRETE TOPPING SLAB REPLACEMENT (EAST/WEST/CENTRAL VAULTS) 2 BAY LOCATIONS. | 0 | EA | 7,832.00 | 0.00 |
| 0007 | UNIT PRICE #4 - TOPSIDE PARTIAL DEPT CONCRETE PATCH REPARIS TO MAT SLAB DETERIOATION UNCOVERED BELOW REMOVED CONCRETE TOPPING (EAST/WEST/CENTRAL) | 0 | EA | 297.00 | 0.00 |
| 0008 | UNIT PRICE #5 - CRACK INJECTION WATERPROOFING AT MAT SLAB (EAST/WEST/CENTRAL) | 0 | EA | 145.00 | 0.00 |
| 0009 | UNIT PRICE #6 - TOPSIDE PARTIAL DEPTH CONCRETE PATCH REPAIRS (COLONNADE STRUCTURAL SLAB/PLAZA LEVEL STRUCTURAL SLAB OVER NORTH MECHANICAL/ELECTRICAL ROOMS/PLAZA LEVEL STRUCTUAL SLAB OVER LOADING DOCK GARAGE) | 0 | EA | 1,302.00 | 0.00 |
| 0010 | UNIT PRICE #7 - OVERHEAD PARTIAL DEPTH CONCRETE PATCH REPAIRS (PLAZA LEVEL STRUCTURAL SLAB UNDERSIDE OVER NORTH MECHNICAL/ELECTRIAL ROOMS/PLAZA LEVEL STRUCTURAL SLAB UNDERSIDE AND BOTTOM OF BEAM FRAMING AT LOADING DOCK GARAGE). | 0 | EA | 1,302.00 | 0.00 |
| 0011 | UNIT PRICE #8 - FULL-DEPTH CONCRETE PATCH REPAIRS (PLAZA LEVEL STRUCTURAL SLAB OVER NORTH MECHANICAL/ELECTRICAL ROOMS/PLAZA LEVEL STRUCTURAL [illegible] | 0 | EA | [illegible] | [illegible] |
| [illegible] | UNIT PRICE # [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

ORDER FOR SUPPLIES AND SERVICES
(Continuation)

THIS NUMBER APPEARS ON ALL PACKAGES AND PAPERS RELATING TO THIS ORDER
DATE
OR.

PAGE OF PAGES

| ITEM NO (A) | SUPPLIES OR SERVICES (B) | QUANTITY ORDERED (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | FRAMING SIDES AT LOADING DOCK GARAGE/CONCRETE COLUMNS AT SUNKEN COURTYARD. | | | | |
| 0013 | UNIT PRICE #10 CRACK INJECTION WATERPROOFING OF PLAZA LEVEL SLAB UNDERSIDE AT GARAGTE LOADING DOCK AND PLAZA LEVEL CONCRETE SLAB UNDERSIDE AT NORTH MECHANICAL/ELECTRICAL ROOMS. | 0 | EA | 144.00 | [illegible] |
| 0014 | AN AWARD IS BEING MADE AT THIS TIME IN THE BASE BID AMOUNT OF $2,865,900.00, TOGETHER WITH OPTION G2 IN THE AMOUNT OF $449,625.00 AND UNIT PRICE #1 @ $1,309 EACH; UNIT PRICE #2 @ $1,771.00 EACH; UNIT PRICE #3 @ $7,832.00 EACH; UNIT PRICE #4 @ $297.00 EACH; UNIT PRICE #5 @ $145.00 EACH; UNIT PRICE #6 @ $1302.00 EACH; UNIT PRICE #7 @ $1,302.00 EACH; UNIT PRICE #8 @ $1,775.00; UNIT PRICE #9 @ $1,302.00 AND UNIT PRICE #10 @ $144.00 EACH. | 0 | EA | [illegible] | [illegible] |
| | THE SUCCESSFUL BIDDER IS REQUIRED TO SUBMIT PERFORMANCE AND PAYMENT BONDS IN THE AMOUNT OF 100% OF THEIR PRICE QUOTE. NOTICE TO PROCEED WILL BE ISSUED AFTER REVIEW AND ACCEPTANCE OF BONDS. | | | | |
| | PLEASE FIND THE FOLLOWING ADDITIONAL INFORMATION IN THIS PACKET: SECURITY CLEARANCE REQUIREMENTS INCLUDING (A) GSA FORM 176T, STATEMENT OF PERSONAL HISTORY AND (B) TWO GSA FORMS FD-258, FINGERPRINT CHARTS. PLEASE CONTRACT MARY PLUMMER ON 202-205-3401 TO INDICATE THE NUMBER OF FINGERPRINT CHARTS YOU NEED. YOUR EMPLOYEES MAY RECEIVE FINGERPRINTING WORK WITH THEIR LOCAL POLICE PRECINCTS. PLEASE SUBMIT COMPLETED FORM 176T AND FINGERPRINT CHARTS AND A LIST OF EMPLOYEES WITH CURRENT FPS CLEARANCE WITHIN 10 BUSINESS DAYS OR SOONER TO THE FOLLOWING ADDRESS: MARY PLUMMER, GENERAL SERVICES ADMINISTRATION, WPJ, 7TH & D STREETS, SW, ROOM 2670, WASHINGTON, DC 20407, FAX (202) 708-6838. | | | | |

# PURCHASE ORDER TERMS AND CONDITIONS

552.229-70 FEDERAL, STATE, AND LOCAL TAXES (APR 1984)

The contract price includes all applicable Federal, State, and local taxes. No adjustment will be made to cover taxes which may subsequently be imposed on this transaction or changes in the rates of currently applicable taxes. However, the Government will, upon the request of the Contractor, furnish evidence appropriate to establish exemption from any tax from which the Government is exempt and which was not included in the contract price.

552.210-79 PACKING LIST (DEC 1989)

(a) A packing list or other suitable shipping document shall accompany each shipment and shall indicate the (1) Name and address of consignor, (2) Name and address of consignee; (3) Government order or requisition number; (4) Government bill of lading number covering the shipment (if any); and (5) description of the material shipped, including item number, quantity, number of containers, and package number (if any)

(b) When payment will be made by Government commercial credit card, in addition to the information in (a) above, the packing list or shipping document shall include (1) Cardholder name and telephone number and (2) the term "Credit Card."

52.232-1 PAYMENTS (APR 1984)

The Government shall pay the Contractor, upon the submission of proper invoices or vouchers, the prices stipulated in this contract for supplies delivered and accepted or services rendered and accepted, less any deductions provided in this contract. Unless otherwise specified in this contract, payment shall be made on partial deliveries accepted by the Government if; (a) The amount due on the deliveries warrants it; or (b) The Contractor requests it and the amount due on the deliveries is at least $1,000 or 50 percent of the total contract price.

52.232-8 DISCOUNTS FOR PROMPT PAYMENT (APR 1989)

(a) Discounts for prompt payment will not be considered in the evaluation of offers. However, any offered discount will form a part of the award, and will be taken if payment is made within the discount period indicated in the offer by the offeror. As an alternative to offering a prompt payment discount in conjunction with the offer, offerors awarded contracts may include prompt payment discounts on individual invoices.

(b) In connection with any discount offered for prompt payment, time shall be computed from the date of the invoice. For the purpose of computing the discount earned, payment shall be considered to have been made on the date which appears on the payment check or date on which an electronic funds transfer was made.

PROMPT PAYMENT

Prompt payment clause 52.232-25 is incorporated in this contract by reference. The clause contains information on payment due date, invoice requirements, constructive acceptance, and interest penalties. Certain portions of the clause regarding payment due date, invoice requirements, and constructive acceptance have been extracted for your convenience. All days referred to in the extracts below are calendar days.

(a)(2) ... The due date for making invoice payments by the designated payment office shall be the later of the following two events.

(i) The 30th day after the designated billing office has received a proper invoice from the Contractor.

(ii) The 30th day after Government acceptance of supplies delivered or services performed by the Contractor.

(a)(4) ... An invoice shall be prepared and submitted to the designated billing office specified in the contract. A proper invoice must include the items listed in ... (i) through ... (viii) ... if the invoice does not comply with these requirements then the Contractor will be notified of the defect within 7 days after receipt of the invoice at the designated billing office. ... Untimely notification will be taken into account in the computation of any interest penalty owed by the Contractor ...

(i) Name and address of the Contractor.

(ii) Invoice date.

(iii) Contract number or other authorization for supplies delivered or services performed (including order number and contract line item number).

(iv) Description, quantity, unit of measure, unit price, and extended price of supplies delivered or services performed

(v) Shipping and payment terms (e.g., shipment number and date of shipment, prompt payment discount terms). Bill of lading number and weight of shipment will be shown for shipments on Government bills of lading

(vi) Name and address of Contractor official to whom payment is to be sent (must be same as that in the contract or in a proper notice of assignment)

(vii) Name (where practicable) title, phone number, and mailing address of person to be notified in event of a defective invoice

(viii) Any other information or documentation required by other requirements of the contract (such as evidence of shipment)

NOTE: Invoice must include the ACT number (block 4) and shall be submitted in original only, unless otherwise specified, to the billing office designated in block to receive invoices. The "remit to" address must correspond to the remittance address in block 12.

(a) (6) (i) For the sole purpose of computing an interest penalty that might be due the Contractor, Government acceptance shall be deemed to have occurred constructively on the 7th day (unless otherwise specified in block 20) after the Contractor delivered the supplies or performed the services in accordance with the terms and conditions of the contract, unless there is a disagreement over quantity, quality or contractor compliance with a contract provision

52.222-40 SERVICE CONTRACT ACT OF 1965, AS AMENDED - - CONTRAC OF $2500 OR LESS (MAY 1989)

Except to the extent that an exception, variation, or tolerance would apply if the contract were in excess of $2,500, the Contractor and any subcontractor shall pay all employees working on the contract not less than the minimum wage specified under Section 6 (a) (1) of the Fair Labor Standards Act of 1938, as amended (U.S.C. 201-206). Regulations and interpretations of the Service Contract Act of 1965 are contained in 29 CFR Part 4.

52.222-41 SERVICE CONTRACT ACT OF 1965, AS AMENDED (MAY 1989)

52.222-42 STATEMENT OF EQUIVALENT RATES FOR FEERAL HIRES (MAY 1989)

(52 222-41 AND 52 222-42 apply to service contracts when the amount exceeds $2,500)

The GSA Form 2166, Service Contract Act of 1965 and Statement of Equivalent Rates for Federal Hires is attached hereto and made part hereof.

52.252-2 CLAUSES INCORPORATED BY REFERENCE (JUN 1988)
This contract incorporates the following clauses by reference with the same force and effect as if they were given in full text. Upon request the Contracting Officer will make their full text available:

FEDERAL ACQUISITION REGULATION (48 CFR CHAPTER 1) CLAUSES

Applicable to purchase orders for supplies or services:

| | |
|---|---|
| 52.203-1 | Officials Not to Benefit (APR 84) |
| 52.203-3 | Gratuities (APR 84) |
| 52.203-5 | Covenant Against Contingent Fees (APR 84) |
| 52.203-6 | Restriction on Subcontractor Sales to the Government (JUL 85) |
| 52.203-7 | Anti-Kickback Procedures (OCT 88) |
| 52.212-9 | Variation in Quantity (APR 84) (In the preceding clause, the permissible variations are stated in the schedule.) |
| 52.222-3 | Convict Labor (APR 84) |
| 52.222-26 | Equal Opportunity (APR 84) (Applies when amount exceeds $10,000.) |
| 52.222-35 | Affirmative Action for Special Disabled and Vietnam Era Veterans (APR 84) (Applies when amount exceeds $10,000.) |
| 52.222-36 | Affirmative Action for Handicapped Workers (APR 84) (Applies when amount exceeds $2,500.) |
| 52.222-37 | Employment Reports on Special Disabled Veterans and Veterans of the Vietnam Era (JAN 88) (Applies whenever clause 52.222-35 is included) |
| 52.223-6 | Drug Free Workplace (JUL 90) (Applies if contract is awarded to an individual.) |
| 52.225-3 | Buy American Act-Supplies (JAN 89) |
| 52.232-25 | Prompt Payment (SEP 92) |
| 52.233-1 | Disputes (DEC 91) |
| 52.233-3 | Protest After Award (AUG 89) |
| 52.246-1 | Contractor Inspection Requirements (APR 84) |
| 52.249-8 | Default(Fixed-Price Supply and Service) (APR 84) |

Applicable to purchase orders for Supplies:

| | |
|---|---|
| 52 222-4 | Contract Work Hours and Safety Standards Act-Overtime Compensation - (MAR 86) (Applies when amount is between $2,500 and $10,000 ) |
| 52 222-20 | Walsh-Healey Public Contracts Act (APR 84) (Applies when amount exceeds $10,000 ) |
| 52 243-1 | Changes-Fixed Price (AUG 87) |
| 52 249-1 | Termination for Convenience of the Government (Fixed Price) (Short Form) (APR 84) |

Applicable to purchase orders for services

| | |
|---|---|
| 52 222-4 | Contract Work Hours and Safety Standards Act-Overtime Compensation - (MAR 86) (Applies when amount exceeds $2,500 ) |
| 52 243-1 | Changes-Fixed price (APR 84) [illegible] |
| [illegible] | Termination for Convenience [illegible] Short Form) (APR 1984) |

GSA

GSA National Capital Region

Hillian Brothers and Sons, Inc.
8501 Ardwick-Ardmore Road
Landover, MD 20785

21 December 2006

SUBJECT: Correct Water Penetration Problems contract located at the Education Building (FOB #6), 400 Maryland Ave, SW, Washington, D.C., GS-11P03YAD0040 / P-11-05-YT-0156 / RDC-41024

Dear Mr. Hillian,

Thank you for your letter of December 4, 2006. Despite several requests, Hillian Brothers and Sons, Inc. has been unable to provide GSA the detailed information it requested in its 15 November and 29 November 2006 letters. Hillian Brothers and Sons, Inc. has instead requested that GSA base its financial assessment for final payment on the percentage of work Hillian completed as a part of the total contract requirement.

GSA has carefully reviewed the construction contract, the construction documents, and all the work that was performed by Hillian Brothers and Sons, Inc. and accepted by GSA. GSA inspected, surveyed and measured the site to confirm the findings below:

| Description of Work | Work Quantity | Percent of Contract | Total Value of Work | Previously Paid | Payment Due |
|---|---|---|---|---|---|
| Phase A | 15,615 SF | 35% | $ 725,222 | $642,707 | $82,515 |
| Phase B | 9,792 SF | 23% | $ 476,574 | $ 10,580 | $ 000 |
| Phase C | 7,877 SF | 18% | $ 372,971 | $ 3,388 | $ 000 |
| Phase D | 10,513 SF | 24% | $ 497,295 | $ 3,388 | $ 000 |
| SUBTOTAL | 43,797 SF | 100% | $2,072,062 | $660,063 | $82,515 |
| Interior Work | | *23% | $793,832 | $235,723 | ($57,440) |
| CE07 CS Concrete | | | | | ($ 6,333) |
| CE08 Air Shaft | | | | | ($13,034) |
| CE09 Maryland Avenue Demolition | | | | | $13,188 |
| CE10 Duct Work | | | | | $ 5,440 |
| Remove Granite | | | | | $0 |
| 4 Fans/Startup | | | | | $0 |
| Retainage | | | | | $74,346 |

Hillian Deductions w/ GSA Costs

| | |
|---|---|
| General Conditions | $0,000 |
| Concrete Cleaning | ($ 5,000) |
| Stone Restore/Cleaning | ($ 5,775) |
| Plantings | ($ 6,290) |
| Liquid Damages | ($21,000 |
| SUB TOTAL | $60,617 |

U.S. General Services Administration
301 7th Street, SW
Washington, DC 20407-0001

www.gsa.gov

There are also documented costs of $44,187 to the government that were a result of Hillian Brothers and Sons, Inc., activities on the project site. Please refer to Spec Section 02070.3.5 in the contract that states your damage and repair responsibilities.

GSA DEDUCTS

| | |
|---|---|
| Water Damage to DoED Health Unit | ($25,500) |
| Garage Dumpster Impact (18 weeks) | ($ 8,450) |
| South Garage Sprinkler Impact | ($ 650) |
| Sub Basement 103 Cleaning | ($ 3,834) |
| EMS in Confined Space | ($ 5,000) |
| Removal of insects (flies) from DoED Library | ($ 753) |
| SUB TOTAL | ($44,187) |
| NET TOTAL | $16,430 |

GSA's final payment to Hillian Brothers and Sons, Inc. includes an additional deduction of $44,187 resulting in a final net payment of $16,430.

Please call me if you have questions.

Sincerely,

Louis D. Berman
Chief of Construction
Contracting Officer's Representative
DC Service Center
GSA/NCR/PBS
202 205-5875

cc: Mike Vrobel
(1) attachment cadd drawing

*is a percentage of the total contract interior concrete requirement, with others being paid 100%




## WEST PARTIAL PLAN

SCALE: 1:100

PLAN KEYNOTE LIST

- A1 REMOVE & REPLACE EXISTING PLANTINGS & SOIL FROM PLANTERS, SEE SPEC 02070
- A2 REMOVE & REINSTALL EXISTING GRANITE STEPS, SEE SPEC 04902
- A3 REPLACE EXISTING BROKEN GRANITE STEPS, SEE SPEC 04902
- A4 REMOVE & REINSTALL EXISTING GRANITE PLANTER CLADDING, SEE SPEC 04902
- A5 REPLACE EXISTING BROKEN GRANITE PLANTER CLADDING, SEE SPEC 04902
- A6 REPLACE EXISTING BROKEN GRANITE COLUMN CLADDING, SEE SPEC 04902
- A7 CLEAN & POLISH EXISTING GRANITE COLUMN CLADDING, SEE SPEC 04902
- A8 REMOVE & REPLACE EXISTING EIFS SOFFIT, SEE SPEC 07241
- A9 CLEAN EXISTING EXPOSED AGGREGATE PRECAST CONCRETE PANELS, SEE SPEC 03831
- A10 REMOVE, SALVAGE, AND REINSTALL EXISTING METAL & GLASS ENTRANCE VESTIBULES
- A11 REMOVE, SALVAGE, AND REINSTALL EXISTING WOODEN ENTRANCE PROTECTION STRUCTURES

- W1 REMOVE EXISTING ASPHALTIC MEMBRANE, SEE SPEC 02070
- W2 REMOVE & REPLACE EXISTING DRAIN BODY & STRAINER, SEE SPEC 02070, DETAILS 3&7/A501
- W3 PROVIDE HOT FLUID APPLIED WATERPROOFING, SEE SPEC 07142
- W4 REMOVE & REPLACE BACKER ROD & FLEXIBLE SEALANT AT WALL AND WINDOW, SEE SPEC 07901, DETAIL 1/A502
- W5 REMOVE & REPLACE EXISTING TRENCH DRAINS AT TOPPING SLAB

- S1 REMOVE & REPLACE EXISTING EXPOSED AGGREGATE CONCRETE SLAB, SEE SPEC 03331
- S2 REMOVE & REPLACE EXISTING EXPOSED AGGREGATE PRECAST CONCRETE GUTTER, SEE SPEC 03450
- S3 REMOVE & REPLACE EXISTING CONCRETE SIDEWALK, SEE SPEC 03300
- S4 NOT USED
- S5 REMOVE & REINSTALL CONCRETE BENCHES, SEE SPEC 02970
- S6 REMOVE & REPLACE EXPOSED AGGREGATE PRECAST COLUMN CLADDING, SEE SPEC 03450
- S7 PATCH REPAIR STRUCTURAL CONCRETE, TOPSIDE, SEE SPEC 03730, SEE S503 FOR SCHEDULE OF ASSUMED QUANTITIES
- S8 PATCH REPAIR STRUCTURAL CONCRETE, VERTICAL, SEE SPEC 03730, SEE S503 FOR SCHEDULE OF ASSUMED QUANTITIES
- S9 PATCH REPAIR STRUCTURAL CONCRETE, OVERHEAD, SEE SPEC 03730, SEE S503 FOR SCHEDULE OF ASSUMED QUANTITIES
- S10 INJECT CRACK, TOPSIDE, SEE SPEC 03740
- S11 INJECT CRACK, VERTICAL, SEE SPEC 03740
- S12 INJECT CRACK, OVERHEAD, SEE SPEC 03740
- S13 ROUT & SEAL CRACK, TOPSIDE, SEE SPEC 03740
- S14 CLEAN & PAINT EXISTING STRUCTURAL STEEL

GENERAL SERVICES ADMINISTRATION
NATIONAL CAPITAL REGION

McMullan & Associates, Inc.
CONSULTING STRUCTURAL ENGINEERS

CERTIFICATIONS

KEY PLAN

REVISION NOTES

PROJECT: CORRECT WATER PENETRATION

DRAWING TITLE: WEST PARTIAL PLAN

A 101

PROPERTY OF THE UNITED STATES GOVERNMENT - FOR OFFICIAL USE ONLY. Do not remove this notice. Properly destroy documents when no longer needed.



NORTH PARTIAL PLAN
SCALE: 1:100
SOUTH PARTIAL PLAN
SCALE: 1:100
PLAN KEYNOTE LIST
A1 REMOVE & REPLACE EXISTING PLANTINGS & SOIL FROM PLANTERS, SEE SPEC 02070
A2 REMOVE & REINSTALL EXISTING GRANITE STEPS, SEE SPEC 04902
A3 REPLACE EXISTING BROKEN GRANITE STEPS, SEE SPEC 04902
A4 REMOVE & REINSTALL EXISTING GRANITE PLANTER CLADDING, SEE SPEC 04902
A5 REPLACE EXISTING BROKEN GRANITE PLANTER CLADDING, SEE SPEC 04902
A6 REPLACE EXISTING BROKEN GRANITE COLUMN CLADDING, SEE SPEC 04902
A7 CLEAN & POLISH EXISTING GRANITE COLUMN CLADDING, SEE SPEC 04902
A8 REMOVE & REPLACE EXISTING EFS SOFFIT, SEE SPEC 07241
A9 CLEAN EXISTING EXPOSED AGGREGATE PRECAST CONCRETE PANELS, SEE SPEC 03451
A10 REMOVE, SALVAGE, AND REINSTALL EXISTING METAL & GLASS ENTRANCE VESTIBULES
A11 REMOVE, SALVAGE, AND REINSTALL EXISTING WOODEN ENTRANCE PROTECTION STRUCTURES
W1 REMOVE EXISTING ASPHALTIC MEMBRANE, SEE SPEC 02070
W2 REMOVE & REPLACE EXISTING DRAIN BODY & STRAINER, SEE SPEC 02070, DETAILS 3&7/A501
W3 PROVIDE HOT FLUID APPLIED WATERPROOFING, SEE SPEC 07142
W4 REMOVE & REPLACE BACKER ROD & FLEXIBLE SEALANT AT WALL AND WINDOW, SEE SPEC 07901, DETAIL 1/A502
W5 REMOVE & REPLACE EXISTING TRENCH DRAINS AT TOPPING SLAB
S1 REMOVE & REPLACE EXISTING EXPOSED AGGREGATE CONCRETE SLAB, SEE SPEC 03331
S2 REMOVE & REPLACE EXISTING EXPOSED AGGREGATE PRECAST CONCRETE GUTTER, SEE SPEC 03450
S3 REMOVE & REPLACE EXISTING CONCRETE SIDEWALK, SEE SPEC 03300
S4 NOT USED
S5 REMOVE & REINSTALL CONCRETE BENCHES, SEE SPEC 02070
S6 REMOVE & REPLACE EXPOSED AGGREGATE PRECAST COLUMN CLADDING, SEE SPEC 03450
S7 PATCH REPAIR STRUCTURAL CONCRETE, TOPSIDE, SEE SPEC 03730, SEE S503 FOR SCHEDULE OF ASSUMED QUANTITIES
S8 PATCH REPAIR STRUCTURAL CONCRETE, VERTICAL, SEE SPEC 03730, SEE S503 FOR SCHEDULE OF ASSUMED QUANTITIES
S9 PATCH REPAIR STRUCTURAL CONCRETE, OVERHEAD, SEE SPEC 03730, SEE S503 FOR SCHEDULE OF ASSUMED QUANTITIES
S10 INJECT CRACK, TOPSIDE, SEE SPEC 03740
S11 INJECT CRACK, VERTICAL, SEE SPEC 03740
S12 INJECT CRACK, OVERHEAD, SEE SPEC 03740
S13 ROUT & SEAL CRACK, TOPSIDE, SEE SPEC 03740
S14 CLEAN & PAINT EXISTING STRUCTURAL STEEL
LEGEND
ELECTRICAL VAULT & MANHOLE
EXTENT OF MECHANICAL/ELECTRICAL ROOMS BELOW
EXIST. CONCRETE H.C. RAMP, REMOVE AND REPLACE WITH WOODEN RAMP
PLAZA LEVEL EXPOSED CONCRETE SIDEWALK OVER STRUCTURAL SLAB
PLANTING STRIP
EXIST. WOOD H.C. RAMP, REMOVE, SALVAGE, & REINSTALL
AIR SHAFT AND VENTILATION GRATING
LIMITS OF WORK
REMOVE & REINSTALL WATER METER TRANSMITTER
EXTERIOR GRANITE CLAD CONCRETE COLUMNS, TYP.
EXPOSED AGG. SIDEWALK OVER STRUCTURAL SLAB
BUILDING LINE ABOVE
ENTRANCE PLANTING STRIP
GRANITE STEPS
STREET LEVEL CONCRETE SIDEWALK OVER STRUCTURAL SLAB
EXIST. CONCRETE H.C. RAMP, REMOVE & REPLACE
SERVICE LANE/PARKING
GSA GENERAL SERVICES ADMINISTRATION NATIONAL CAPITAL REGION
McMullan & Associates, Inc.
CONSULTING STRUCTURAL ENGINEERS
CERTIFICATIONS
KEY PLAN
REVISION NOTES
PROJECT CORRECT WATER PENETRATION
FINAL SUBMISSION
DRAWING TITLE NORTH & SOUTH PARTIAL PLANS
A 1 02
PROPERTY OF THE UNITED STATES GOVERNMENT - FOR OFFICIAL USE ONLY


6TH ST. SW
MARYLAND AVE., SW
4TH ST., SW
C ST. SW
PHASE-A-
PHASE-B-
PHASE -A-
PHASE -B- AREA: 10,180.25 SF
AREA: 19,275.31 SF
BUILDING
PHASE -D-
AREA: 10,417 SF
PHASE -D-
PHASE -C-
AREA: 7,907.45 SF
PHASE -C-
PHASE A:
DWG A101 = (44.8x5.8)+(3.5)x7+(49.5x5.2)+(46x6.5)+(0.5x3.2)= 843.9 SM
DWG A102= (3.3x7.4)+(19.7x31.9)+(15.7x18.5)+(0.7x18.3)-(4x2)= 956.11 SM
TOTAL AREA PHASE A: 843.9+956.11 = 1800.01 SM= 19,375.31 SF
NOTE: SEE AS BUILT DRAWING A 101& A102 ( FOR TAKE-OFF)
FOB#6- N.T.S.C

# APPLICATION AND CERTIFICATE FOR PAYMENT

*AIA Document G702*

Page 1 of 4 Pages

REVISED

TO (OWNER): GENERAL SERVICES ADMINISTRATION
7TH & D STREETS, SW
WASHINGTON, DC 20407

Contract No.: GS11P03YAD0040

Act No.: PJ5N02052

APPLICATION NO: 2530[illegible]G-15

PERIOD FROM: 7/1[illegible]

PERIOD TO: 8/1[illegible]

FROM (CONTRACTOR): Hillian Brothers and Sons, Inc.
8501 Ardwick-Ardmore Road
Landover, Md. 20785

PROJECT NO.: 25305G

CONTRACT FOR: CORRECT WATER PENETRATION PROBLEM @ FOB #6, DEPT O F EDUCATION

CONTRACT DATE: March 31, [illegible]

## CONTRACTOR'S APPLICATION FOR PAYMENT

| CHANGE ORDER SUMMARY | | ADDITIONS | DEDUCTIONS |
|---|---|---|---|
| Change orders approved in Previous months by Owner TOTAL | | | |
| Approved this month | | | |
| Number | Date Approved | | |
| PC 01 | 6/13/2005 | $ 49,732.00 | |
| AS 02 | 3/7/2006 | $ 10,227.00 | |
| AS 03 | 3/13/2008 | $ 25,990.00 | |
| AS 04 | 4/20/2006 | $ 92,286.00 | |
| | TOTAL | $ 178,235.00 | |
| Net change by Change Orders | | $ 178,235.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief, the work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: HILLIAN BROTHERS AND SONS, INC.

By: Lawrence Hillian

Application is made for Payment, as shown below, in connection with the contract. AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM:........................ $ 3,315,525.00
2. NET OF CHANGE ORDERS.......................... $ 178,235.00
3. CONTRACT SUM TO DATE.......................... $ 3,493,760.00
4. TOTAL COMPLETED AND STORED.......... $ 1,057,877.00
5. RETAINAGE:
   a. 10 % of Completed Work 74,364.00
   (Columns D + E on G703)
   b. 0 % of Stored Material 0.00
   (Column F on G703)
   Total Retainage (Line 5a +5b or
   Total in Column I of G703).................... $ 74,364.00
6. TOTAL EARNED LESS RETAINAGE......................... $ 983,513.00
   (Line 4 Less Line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR
   PAYMENT (Line 6 from prior Certificates)............ $ 900,472.00
8. CURRENT PAYMENT DUE.................................. $ 83,041.00
9. BALANCE TO FINISH, PLUS RETAINAGE........... $ 2,510,247.00
   Line 3 less Line 6)

State of: County Of:
Subscribed and Sworn to before me this day of
Notary Public:
My Commission Expires:

## PAYMENT CERTIFICATION

I hereby certify, to the best of my knowledge and belief, that – (1)The amounts requested are only for performance in accordance with the specifications terms, and conditions of the contract.(2) Payments to subcontractors and suppliers have been made from previous payments received under the contract, and timely payments will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of chapter 39 of Title 31, United States Code; and (3) This request for progress payments does not include any amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontractor.

Hillian Brothers & Sons, Inc. By: Lawrence Hillian

Title: V.P. Operations Date: Aug 21, 2006

CONTINUATION SHEET *AIA DOCUMENT G703* PAGE OF 4

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT, Containing
Contractor's signed Certification is Attached
In tabulations below, amounts are stated to the nearest dollar
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NUMBER: [illegible]
APPLICATION DATE: [illegible]/15/[illegible]06
PERIOD TO: [illegible]06
JOB NO: [illegible]
ACT NO: [illegible]

| A | B | C | D | E | F | G | | H |
|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | | | | |
| Item Number | Description of Work | Scheduled Value | From Previous Applications (D+E) | This Period | Materials Presently Stored (Not in D or E) | Total Completed and Stored To Date (D+E+F) | % (G/C)x100 | Balance to Finish (C-G) |
| | INTERIOR WORKS | | | | | | | |
| 1 | GENERAL CONDITIONS | $ 183,998.00 | $ 94,949.80 | | | $ 94,949.80 | 52 | $ 89,048.20 |
| 2 | ENGINEERING | $ 18,000.00 | $ 18,000.00 | $ - | | $ 18,000.00 | 100 | $ |
| 3 | CONCRETE DEMOLITION | $ 85,529.00 | $ 34,212.00 | $ - | | $ 34,212.00 | 40 | $ 51,31[illegible] |
| 4 | CONCRETE REPAIR & CRACK INJECTION | $ 377,866.00 | $ 35,663.00 | | | $ 35,663.00 | 9 | $ 342,203[illegible] |
| 5 | SHORING | $ 50,000.00 | $ 31,895.00 | | | $ 31,895.00 | 64 | $ 18,105.00 |
| 6 | MECHANCIAL | $ 64,550.00 | $ 54,867.50 | $ 8,082.50 | | $ 62,950.00 | 98 | $ 1,600.00 |
| 7 | ELECTRICAL | $ 13,894.00 | $ 13,894.00 | $ - | | $ 13,894.00 | 100 | $ |
| | SUBTOTAL INTERIOR WORKS | $ 793,837.00 | $ 283,481.30 | $ 8,082.50 | $ - | $ 291,563.80 | 37 | $ 502,273.20 |
| | | | PHASE A | | | | | |
| 41 | GENERAL CONDITIONS | $ 94,500.00 | $ 89,775.00 | $ - | | $ 89,775.00 | 99 95 | $ [illegible],725.00 |
| 42 | ENGINEERING | $ 1,500.00 | $ 1,500.00 | | | $ 1,500.00 | 100 | $ |
| 43 | DEMOLITION CONCRETE/PRECAST PANELS | $ 27,000.00 | $ 27,000.00 | | | $ 27,000.00 | 100 | $ - |
| 44 | REMOVE TAR MEMBRANCE/DRAINS | $ 24,000.00 | $ 24,000.00 | | | $ 24,000.00 | 100 | $ |
| 45 | REMOVE GRANITE | $ 30,000.00 | $ 30,000.00 | | | $ 30,000.00 | 100 | $ - |
| 46 | CAST IN PLACE CONCRETE | $ 143,815.00 | $ 93,480.00 | $ 43,144.00 | | $ 136,624.00 | 100 95 | $ 7,191.00 |
| 47 | CONCRETE REPAIR | $ 16,130.00 | $ 16,130.00 | $ - | | $ 16,130.00 | 100 | $ - |
| 48 | CONCRETE CLEANOUT | $ 20,118.00 | $ - | $ 10,059.00 | | $ 10,059.00 | 70 50 | $ 10,059.00 |
| 49 | STONE RESTORATION & CLEANING | $ 115,500.00 | $ 109,725.00 | | | $ 109,725.00 | 98 95 | $ 5,775.00 |
| 50 | HOT RUBBERIZED WATERPROOFING | $ 30,000.00 | $ 30,000.00 | | | $ 30,000.00 | 100 | $ - |
| 51 | JOINT SEALANT | $ 6,900.00 | $ - | $ 690.00 | | $ 690.00 | 100 10 | $ 6,210.00 |
| 52 | REMOVE SOIL & REFILL PLANTERS | $ 52,049.00 | $ 28,627.00 | $ 18,217.00 | | $ 46,844.00 | 100 90 | $ 5,205.00 |
| 53 | REINSTALL SALVAGE ITEMS | $ 7,200.00 | $ - | $ 3,600.00 | | $ 3,600.00 | 100 50 | $ 3,600.00 |
| 54 | REPLACE AGGREGATE CONCRETE PANEL | $ 77,260.00 | $ 69,534.00 | $ 7,726.00 | | $ 77,260.00 | 100 | $ - |
| 55 | REMOVE AND REPLACE GUTTERS | $ 24,500.00 | $ 24,500.00 | | | $ 24,500.00 | 100 | $ |
| 56 | REPLACE DRAINS | $ 15,000.00 | $ 14,250.00 | $ 750.00 | | $ 15,000.00 | 100 | $ - |
| | SUBTOTAL PHASE A | $ 685,472.00 | $ 437,336.00 | $ 84,186.00 | $ - | $ 642,707.00 | | $ 42,765.00 |

CONTINUATION SHEET — *AIA DOCUMENT G703* — PAGE OF 4

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT, Containing
Contractor's signed Certification is Attached
In tabulations below, amounts are stated to the nearest dollar
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NUMBER: 25305G 15
APPLICATION DATE: 8/15/2006
PERIOD TO: 8/15/2006
JOB NO: 25305G
ACT NO: PJ NO:05

| A | B | C | D | E | F | G | | H |
|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | | | | |
| Item Number | Description of Work | Scheduled Value | From Previous Applications (D+E) | This Period | Materials Presently Stored (Not in D or E) | Total Completed and Stored To Date (D+E+F) | % (G/C)x100 | Balance to Finish (C-G) |
| | PHASE B | | | | | | | |
| 57 | GENERAL CONDITIONS | $ 94,500.00 | $ - | | | $ - | - | $ 94,500.00 |
| 58 | ENGINEERING | $ 1,500.00 | $ - | | | $ - | - | $ 1,500.00 |
| 59 | DEMOLITION CONCRETE/PRECAST PANELS | $ 27,000.00 | $ - | | | $ - | - | $ 27,000.00 |
| 60 | REMOVE TAR MEMBRANCE/DRAINS | $ 24,000.00 | $ - | | | $ - | - | $ 24,000.00 |
| 61 | REMOVE GRANITE | $ 30,000.00 | $ - | | | $ - | - | $ 30,000.00 |
| 63 | CAST IN CONCRETE | $ 119,815.00 | $ - | | | $ - | - | $ 119,815.00 |
| 64 | CONCRETE REPAIR | $ 5,130.00 | $ - | | | $ - | - | $ 5,130.00 |
| 65 | CONCRETE CLEANOUT | $ 20,118.00 | $ - | | | $ - | - | $ 20,118.00 |
| 66 | STONE RESTORATION & CLEANING | $ 115,500.00 | $ 5,080.00 | | | $ 5,080.00 | 4 | $ 110,420.00 |
| 67 | HOT RUBBERIZED WATERPROOFING/DRAINS | $ 30,000.00 | $ - | | | $ - | - | $ 30,000.00 |
| 68 | JOINT SEALANT | $ 6,900.00 | $ - | | | $ - | - | $ 6,900.00 |
| 69 | REMOVE SOIL & REFILL PLANTERS | $ 52,049.00 | $ - | | | $ - | - | $ 52,049.00 |
| 70 | REINSTALL SALVAGE ITEMS | $ 7,200.00 | $ - | | | $ - | - | $ 7,200.00 |
| 71 | REMOVE & REPLACE EIFS SOFFIT | $ 27,500.00 | $ 5,500.00 | | | $ 5,500.00 | 20 | $ 22,000.00 |
| 72 | PAINT | $ 8,000.00 | $ - | | | $ - | - | $ 8,000.00 |
| 73 | REPLACE AGGREGATE CONCRETE PANEL | $ 42,260.00 | $ - | | | $ - | - | $ 42,260.00 |
| 74 | REMOVE AND REPLACE GUTTERS | $ 13,500.00 | | | | $ - | - | $ 13,500.00 |
| 74 | REPLACE DRAINS | $ 6,000.00 | $ - | | | $ - | - | $ 6,000.00 |
| | SUBTOTAL PHASE B | $ 630,972.00 | $ 10,580.00 | $ - | $ - | $ 10,580.00 | | $ 620,392.00 |
| | PHASE C | | | | | | | |
| 8 | GENERAL CONDITIONS | $ 63,000.00 | $ - | | | $ - | - | $ 63,000.00 |
| 9 | MOBILIZATION | $ 5,000.00 | $ - | | | $ - | - | $ 5,000.00 |
| 10 | ENGINEERING | $ 1,500.00 | $ - | | | $ - | - | $ 1,500.00 |
| 11 | DEMOLITION CONCRETE/PRECAST PANELS | $ 18,000.00 | $ - | | | $ - | - | $ 18,000.00 |
| 12 | REMOVE TAR MEMBRANCE/DRAINS | $ 16,000.00 | $ - | | | $ - | - | $ 16,000.00 |
| 13 | REMOVE GRANITE | $ 20,000.00 | $ - | | | $ - | - | $ 20,000.00 |
| 14 | CAST IN CONCRETE | $ 79,876.00 | $ - | | | $ - | - | $ 79,876.00 |
| 15 | CONCRETE REPAIR | $ 3,420.00 | $ - | | | $ - | - | $ 3,420.00 |
| 16 | CONCRETE CLEANOUT | $ 13,412.00 | $ - | | | $ - | - | $ 13,412.00 |
| 17 | STONE RESTORATION & CLEANING | $ 77,000.00 | $ 3,388.00 | | | $ 3,388.00 | 4 | $ 73,612.00 |
| 18 | HOT RUBBERIZED WATERPROOFING/DRAINS | $ 20,000.00 | $ - | | | $ - | - | $ 20,000.00 |
| 19 | JOINT SEALANT | $ 4,600.00 | $ - | | | $ - | - | $ 4,600.00 |
| 20 | REMOVE SOIL & REFILL PLANTERS | $ 34,699.00 | $ - | | | $ - | - | $ 34,699.00 |
| 21 | REINSTALL SALVAGE ITEMS | $ 4,800.00 | $ - | | | $ - | - | $ 4,800.00 |
| 22 | ASPHALT | $ 6,000.00 | $ - | | | $ - | - | $ 6,000.00 |
| 23 | REMOVE AND REPLACE GUTTERS | $ 9,000.00 | $ - | | | $ - | - | $ 9,000.00 |
| 24 | REPLACE DRAINS | $ 4,000.00 | $ - | | | $ - | - | $ 4,000.00 |
| | SUBTOTAL PHASE C | $ 380,307.00 | $ 3,388.00 | $ - | $ - | $ 3,388.00 | 1 | $ 376,919.00 |

CONTINUATION SHEET *AIA DOCUMENT G703* PAGE OF 4

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT, Containing
Contractor's signed Certification is Attached
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NUMBER: 25050 [illegible]
APPLICATION DATE: [illegible]15/2006
PERIOD TO: 8/15/2006
JOB NO: 25050
ACT NO: [illegible]NO.[illegible]5[illegible]

| A | B | C | D | E | F | G | | H |
|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | | | | |
| Item Number | Description of Work | Scheduled Value | From Previous Applications (D+E) | This Period | Materials Presently Stored (Not in D or E) | Total Completed and Stored To Date (D+E+F) | % (G/C)x100 | Balance to Finish (C-G) |
| | **PHASE D** | | | | | | | |
| 25 | GENERAL CONDITIONS | $ 63,000.00 | $ - | | | $ - | - | $ 63,000.00 |
| 26 | ENGINEERING | $ 1,500.00 | $ - | | | $ - | - | $ 1,500.00 |
| 27 | DEMOLITION CONCRETE/PRECAST PANELS | $ 18,000.00 | $ - | | | $ - | - | $ 18,000.00 |
| 28 | REMOVE TAR MEMBRANCE/DRAINS | $ 16,000.00 | $ - | | | $ - | - | $ 16,000.00 |
| 29 | REMOVE GRANITE | $ 20,000.00 | $ - | | | $ - | - | $ 20,000.00 |
| 30 | CAST IN CONCRETE | $ 79,876.00 | $ - | | | $ - | - | $ 79,876.00 |
| 31 | CONCRETE REPAIR | $ 3,420.20 | $ - | | | $ - | - | $ 3,420.20 |
| 32 | CONCRETE CLEANOUT | $ 13,412.00 | $ - | | | $ - | - | $ 13,412.00 |
| 33 | STONE RESTORATION & CLEANING | $ 77,000.00 | $ 3,388.00 | | | $ 3,388.00 | 4 | $ 73,612.00 |
| 34 | HOT RUBBERIZED WATERPROOFING/DRAINS | $ 20,000.00 | $ - | | | $ - | | $ 20,000.00 |
| 35 | JOINT SEALANT | $ 4,600.00 | $ - | | | $ - | - | $ 4,600.00 |
| 36 | REMOVE SOIL & REFILL PLANTERS | $ 34,699.80 | $ - | | | $ - | - | $ 34,699.80 |
| 37 | REINSTALL SALVAGE ITEMS | $ 4,800.00 | $ - | | | $ - | - | $ 4,800.00 |
| 38 | ASPHALT | $ 6,000.00 | $ - | | | $ - | | $ 6,000.00 |
| 39 | REMOVE AND REPLACE GUTTERS | $ 9,000.00 | $ - | | | $ - | - | $ 9,000.00 |
| 40 | REPLACE DRAINS | $ 4,004.00 | $ - | | | $ - | - | $ 4,004.00 |
| | SUBTOTAL PHASE D | $ 375,312.00 | $ 3,388.00 | $ - | $ - | $ 3,388.00 | | $ 371,924.00 |
| | TOTAL INTERIOR WORK & ALL PHASES | $ 2,865,900.00 | $ 738,173.30 | $ 92,268.00 | $ - | $ 951,625.00 | 33 | $ 1,914,273.20 |
| | **OPTION G2** | | | | | | | |
| 75 | DEMOLITION/REMOVAL OF EXSTG SLAB | $ 51,722.00 | $ - | | | $ - | - | $ 51,722.00 |
| 76 | SCAFFOLDINGS, FORMWORKS | $ 77,583.00 | $ - | | | $ - | - | $ 77,583.00 |
| 77 | NEW SLAB WITH REINF | $ 258,610.00 | $ - | | | $ - | - | $ 258,610.00 |
| 78 | DEMOLITION/REMOVAL OF EXSTG DAMAGED SLAB | $ 16,830.00 | $ - | | | $ - | - | $ 16,830.00 |
| 79 | FORM & PATCH FOR REPAIR | $ 44,880.00 | $ - | | | $ - | - | $ 44,880.00 |
| | SUBTOTAL OPTION G2 | $ 449,625.00 | $ - | $ - | $ - | $ - | - | $ 449,625.00 |
| | TOTAL BASE CONTRACT & OPTION G2 | $ 3,315,525.00 | $ 738,173.30 | $ 92,268.00 | $ - | $ 951,625.00 | 29 | $ 2,363,898.20 |
| | **CHANGE ORDERS** | | | | | | | |
| PC 01 | ADDITIONAL COST FOR BOND | $ 49,732.00 | $ 49,732.00 | | | $ 49,732.00 | 100 | $ - |
| AS 02 | PEA GRAVEL & GRANITE PLANTERS | $ 10,227.00 | $ 10,227.00 | $ - | | $ 10,227.00 | 100 | $ - |
| AS 03 | SOUTH GARAGE - PHASE I | $ 25,990.00 | $ 25,990.00 | $ - | | $ 25,990.00 | 100 | $ - |
| AS 04 | NIGHT DIFFERENTIAL | $ 92,286.00 | $ 20,303.00 | $ - | | $ 20,303.00 | 22 | $ 71,983.00 |
| | TOTAL CHANGE ORDERS | $ 178,235.00 | $ 106,252.00 | $ - | $ - | $ 106,252.00 | 60 | $ 71,983.00 |
| | BASE CONTRACT, OPTION 2 & CHANGE ORDERS | $ 3,493,760.00 | $ 844,425.00 | $ 92,268.00 | $ - | $ 1,057,877.00 | 30 | $ 2,435,881.00 |

# CERTIFICATION OF PROGRESS PAYMENTS UNDER FIXED - PRICE CONSTRUCTION CONTRACTS

OMB APPROVAL NUMBER 9000-0102

| 1. PROJECT NAME | 2. CONTRACT NUMBER |
|---|---|
| CORRECT WATER PENETRATION PROBLEM | GS11P03YAD0040<br>ACT NO. PJ5N02052 |
| 3. PROJECT LOCATION | 4. CONTRACT DATE |
| FOB #6, DEPARTMENT OF EDUCATION<br>400 MARYLAND AVENUE, SW, WASHINGTON, DC | 3/31/2005 |
| 5. NAME AND ADDRESS OF CONTRACTING OFFICER (Number, Street, City, State and Zip Code) | INSTRUCTIONS |
| GSA, DC SERVICE CENTER<br>7TH & D STREETS, SW<br>WASHINGTON, DC 20407<br>ATTN: MICHAEL VROBEL | Type or print all entries on this form except Item 7.<br><br>Please sign and return the original; keep a copy for your records. |

## 6. CERTIFICATION

In accordance with the clause at FAR 52.232-5, Payments Under Fixed-price Construction Contracts, I hereby certify, to the best of my knowledge and belief, that --

(1) The amounts requested are only for performance in accordance with the specifications, terms, and conditions of the contract;

(2) Payments to subcontractors and suppliers have been made from previous payments received under the contract, and timely payments will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of Chapter 39 of title 31, United States Code; and

(3) This request for progress payments does not include any amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract.

| 7. CERTIFIED BY (Signature) | 8. DATE |
|---|---|
| Lawrence Hillian (signature) | 8/29/2006 |

9. TYPE OR PRINT NAME AND TITLE OF CERTIFYING OFFICER

Lawrence Hillian, Vice President of Operations

10. NAME AND ADDRESS OF CONTRACTOR (Number, Street, City, State and Zip Code)

Hillian Brothers & Sons, Inc.
8501 Ardwick Ardmore Road
Landover, MD 20785

GSA

GSA National Capital Region

October 12, 2005

Hillian Brothers & Sons, Inc.
8501 Ardwick-Ardmore Rd
Landover, Maryland 20785

Correct Water Penetration Problems project located at the Education Building (FOB #6) 400 Maryland Ave, SW, Washington, D.C., GS-11P03YAD0040 / P-11-05-YT-0156 / RDC-41024

Hillian Brothers and Sons, Inc. is herby DIRECTED to perform the removal of all of the granite cladding (4 sides) that surround all of the existing concrete columns. This is to allow the installation of the new waterproofing.

Sincerely,

Michael Vrobel
Contracting Officer

U.S. General Services Administration

U.S. GENERAL SERVICES ADMINISTRATION
Public Buildings Service
National Capital Region
DC Service Center
(202) 401-2521 Voice
(202) 708-0229 Fax

301 7th Street, SW
Suite 2670
Washington, DC 20407

# FAX

DATE: October 12, 2005

NUMBER OF PAGES INCLUDING COVER SHEET: 2

TO: Anthony & Lawrence Hillian
Wissam Assaker

Hillian Brothers & Sons, Inc.

FROM: Mark DeMarr

GSA / WPJ/ Project Manager

PHONE: 301.772.8861
FAX: 301.772.8864

PHONE: 202.205.1017
FAX: 202.692.3264

COMMENTS:

Correct Water Penetration Problems - RDC-41024

GSA Directive concerning the contract column granite cladding removal

Please respond back by Monday, September 19, 2005

OCT 2002

HILLIAN

Hillian Brothers & Sons, Inc.
8501 Ardwick-Ardmore Road
Landover, Maryland 20785
(301) 772-8861 • (301) 772-8864 Fax

*General Contracting*
*Environmental Contracting*

July 5, 2006

General Services Administration, WPJ
ATTN: Michael Vrobel, Contracting Officer
7th & D Streets, SW
Washington, DC 20407-0001

RE: **25305G, Correct Water Penetration Problems, FOB #6, 400 Maryland Avenue, SW, Washington, DC, GS-11P03YAD0040/P-11-05-YT-0156/RDC-41024**

Dear Mr. Vrobel:

Attached is a letter from Pagliaro Brothers Stone Co. Inc., referencing the response letter you sent us on March 29, 2006 discussing stone panel replacement on the above referenced project.

Hillian Brothers and Sons is in agreement with Pagliaro's response in the enclosed letter. Please review the letter and provide us a response as soon as possible.

Sincerely,

Lawrence Hillian

Lawrence Hillian
V.P. Operations

cc: Louis Berman, GSA/WPJ/ Chief, Construction Section

**PAGLIARO BROTHERS STONE CO., INC.**

**Quality Workmanship Since 1968**

6301 Foxley Road
UPPER MARLBORO , MARYLAND 20772
301-599-6066 FAX: 301-599-9558

Hillian Brothers & Sons, Inc.
8501 Ardwick-Ardmore Road
Landover, Maryland 20785

June 28, 2006

Attn: Lawrence Hillian

Re: Correct Water Penetration Problems project located at the Education Building ( FOB # 6) 400 Maryland Ave. SW, Washington D.C.,
GS-11P03YAD0040 / P-11-05-YT-0156 / RDC-41024

Gentlemen,

I am in receipt of Mr. Michael Vrobel's March 29, 2006 letter regarding the additional granite column cover removal and replacement on the above referenced project. I do not agree with the findings in this letter.

Notes A6 & A7 sheets A101, A102 & A103 are the only notes in reference to column cover removal and replacement. I agree with the statement that Specification 01010 Summary of Work paragraph 1.2-F-1 item f states "remove/reinstall/repair/replace first floor granite column base cladding.", however it is prefaced with " Abbreviated Written Summary: Briefly, and without force and effect upon the contract documents, work of this contract can be summarized as follows:".

Even if Specification Section 01010 1.2 F did not include the statement the summary is "without force and effect" the removal of the noted column covers complies as it does not quantify the work by stating <u>all</u> first floor column covers.

Further, A502 detail #1 has a note which points to both a front and side column cover stone and reads " Remove & either refinish or replace bottom granite panels. Reset after new waterproofing is installed. See plan for locations." This takes us back to sheets A101, A102 & A103 upon which the only notes for column cover removals are note A6 & A7. In compliance with Industry Standard Practices these sheets contain specific notes and when the notes apply to all conditions or location include a notation the detail is "typical".

At the very least the documents are ambiguous at best if not defective relative to GSA understanding all column covers were to be removed and replaced.

Pagliaro Brothers first brought up this issue in September of 2005. We asserted our claim and met with GSA in October 2005 in order to resolve the issue. I agreed to proceed with Phase 1 to avoid delaying the project with the understanding the extra work was agreed to be compensable and the only remaining issue was quantum.

Pagliaro Brothers has offered to reach a settlement for this work as and payment for completed work under our original price breakdown and avoid any claims for the termination of the project. I will leave this offer on the table if we can meet with GSA and come to a resolution

in the next few weeks. Otherwise we will be forced retain counsel to pursue all our rights of claims. It is our desire to reach an equitable adjustment to the contract and avoid burdensome procedures pursing our entitlement.

Sincerely,

Robert J. Benedetti
Vice President

GSA

GSA National Capital Region

February 28, 2006

Hillian Brothers & Sons, Inc.
8501 Ardwick-Ardmore Rd
Landover, Maryland 20785

Correct Water Penetration Problems project located at the Education Building (FOB #6) 400 Maryland Ave, SW, Washington, D.C., GS-11P03YAD0040 / P-11-05-YT-0156 / RDC-41024

General Services Administration has received the Hillian Brothers & Sons, Inc. letter dated January 31, 2006 (received 2-2-06), pertaining to "Granite Cladding Replacement on all columns".

Hillian is contending that the removal of all granite cladding is not indicated, in the contract, to be removed to install the new waterproofing system.

Within your letter, it is not clearly indicate why Hillian believes that this work is not part of this contract and therefore sees it as a change.

Hillian shall revisit this item and provide a detailed accounting of work and note specifically where the contract documents (specifications/drawings) fall short of requiring this work to be performed. Make sure to cross reference all drawing details along with the specifications.

38 (2 on every Column

Line A-F Col → Gra
A - 10 - 23
A-F Line 23

Sincerely,

Michael Vrobel
General Services Administration
Contracting Officer

CC: Louis Berman GSA/WPJ/Chief, Construction Section

U.S. General Services Administration
301 7th Street, SW
Washington, DC 20407-0001

www.gsa.gov

HILLIAN

Hillian Brothers & Sons, Inc.
8501 Ardwick-Ardmore Road
Landover, Maryland 20785
(301) 772-8861 • (301) 772-8864 Fax

*General Contracting*
*Environmental Contracting*

January 31, 2006

General Services Administration, WPJ
Attn: Mr. Michael Vrobel
7th & D Streets, SW
Washington, DC 20407

**RE: Correct Water Penetration Problems Project located at the Education Building (FOB #6) 400 Maryland Ave. SW, Washington, D.C., GS-11P03YAD0040/ P-11-05-YT-0156/RDC-41024 CE #1 (Revised) – Granite Cladding Replacement on all Columns**

Dear Mr. Vrobel:

Hillian Brothers & Sons, Inc. submitted a change request for removal of the granite panels that were not designated on the plan sheets to be removed. The original request was sent to your COR. The COR said no further action will be done on his part. Hillian is requesting you to re-review the enclosed documents that support a change request for removing the granite panels that were not detailed to be removed. We are requesting an approval and we will re-submit the cost proposal.

Please contact the undersigned if you have any questions or require any additional information.

Sincerely,

Lawrence Hillian

Lawrence Hillian
Vice President of Operations

# HILLIAN BROTHERS & SONS, INC.

REQUEST FOR INFORMATION

No. 010

8501 Ardwick-Ardmore Road
Landover, Maryland 20785

Phone: 301- 772-8861
Fax: (301) 772-8864

**TITLE:** Additional works for granite stones

**DATE:** 9/27/2005

**PROJECT:** Correct Water Penetration Problem

**JOB:** GS11P03YAD0040;PJ5N0252

**TO:** Attn: MARK DeMARR
GENERAL SERVICES ADMINISTRATION
7th & D Streets, S.W
Washington, DC 20407
Phone: 202-205-1017 Fax: 202-692-3264

**STARTED:** 9/27/2005

**COMPLETED:**

**REQUIRED:**

**REQUEST:**

1-Detai#1 on sheet A 502 states " Remove & either refinish or replace bottom granite panels. Reset after new waterproofing is installed. See plan for locations".
Plan sheets A 101,02 &03 notes A6 & A7 which call for the removal of the column stones specially address the stones to be removed location by location. However, these notes do not show the back and face of columns to be removed. The specifications give no specific directions regarding stone replacement locations, they only speak to the removal of column in general. Should all granite stone on columns be removed ?

2- Plan sheet A 101,02 & 03 note 5 call for replacing of exisitng broken granite at planters. However, exisiting conditions show that there are additional granite stone at different locations that require replacement or repair ( Pictures will be hand delivered to Mark Demarr on Sept Tuesday 27). Should these granite stones be replaced or repaired?

**Requested By:** HILLIAN BROTHERS & SONS, INC.

**Date:** 9-27-05

**Signed:** [signature]
Wissam Assaker

Expedition ®

**ANSWER:**

Answered By: GENERAL SERVICES ADMIN

Date:

Signed:
MARK DeMARR

**PAGLIARO BROTHERS STONE CO.**

Phone: 301-599-6066

FAX: 301-599-9558

# FACSIMILE

To: Hillian Brothers
Attn : Wissam Assaker
@Fax: 301-772-8864
From: ROBERT BENEDETTI
Date: 9/23/05
Re: B-591 FOB # 6
Pages: 1

Wissam,

Per our discussion today please be advised I consider our contractual obligation on the FOB #6 project to be the removal and replacement or resetting of the specific column covers Identified on the plans for removal. Generally speaking they are the Bethel White covers which are the side covers of the columns, however some back and face covers are called out for replacement.

Detail #1 on sheet A 5 02 states "Remove & either refinish or replace bottom granite panels. Reset after new waterproofing is installed. See plan for locations." Plan sheets A 1 01, 02 & 03 Notes A6 & A7 which call for the removal of the column stones specifically address the stones to be removed location by location.

The specifications give no specific directions regarding stone replacement locations, they only speak to the removal of column stones in general.

U.S. GENERAL SERVICES ADMINISTRATION
Public Buildings Service
National Capital Region
DC Service Center
(202) 401-2521 Voice
(202) 708-0229 Fax

301 7th Street, SW
Suite 2670
Washington, DC 20407

# FAX

DATE: October 5, 2005

NUMBER OF PAGES INCLUDING COVER SHEET: 2

TO: Wissam Assaker
Hillian Brothers & Sons, Inc.

FROM: Mark DeMarr MD
GSA / WPJ/ Project Manager

PHONE: 301.772.8861
FAX: 301.772.8864

PHONE: 202.205.1017
FAX: 202.692.3264

COMMENTS:

Correct Water Penetration Problems - RDC-41024

Response to RFI-#10

Copie will be provided to HBS site trailer today

GSA National Capital Region

October 05, 2005

Hillian Brothers & Sons, Inc.
8501 Ardwick-Ardmore Rd
Landover, Maryland 20785

Correct Water Penetration Problems project located at the Education Building (FOB #6) 400 Maryland Ave, SW, Washington, D.C., GS-11P03YAD0040 / P-11-05-YT-0156 / RDC-41024

GSA reply to RFI #10;

#1) Detail 1 on DWG A502, Granite cladding on columns

#2) Detail note #5 on DWG A101, 02 & 03, additional cracked granite at planters

Item #1: Yes, all of the granite cladding, located on all of the first floor columns, shall be removed to allow the installation of the new waterproofing to be installed, as indicated in the contract.

- Specifications 01010-1.2-E-1; item f: "Remove/Reinstall/Repair/Replace first floor granite column base cladding". How can you install the new WP (10" up the column) around the columns without first removing the granite cladding?
- DGW A502 detail #1: indicates to remove the bottom granite panels and reset them after the installation of the new WP.
- DWG A502 detail #5: the removal of the granite cladding to allow the installation of the new WP to be installed 10" up the column.

This item of work will be performed per contract without any additional charges to the Government.

Item #2: The additional broken granite stones should be repaired by an industry standard means as not to see the repair. Hillian shall provide specific quantities of additional broken stones for this Phase (A) to allow a cost to be determined.

Feel free to contact this office if any additional information is required pertaining to this item.

Sincerely,
Mark DeMarr
Mark DeMarr
Project Manager
GSA/WPJ

CC: Official File

HILLIAN BROTHERS & SONS, INC.

REQUEST FOR INFORMATION

No. 012

8501 Ardwick-Ardmore Road
Landover, Maryland 20785

Phone: 301-772-8861
Fax: (301) 772-8864

**TITLE:** WATERPROOFING AT COLUMNS

**DATE:** 10/5/2005

**PROJECT:** Correct Water Penetration Problem

**JOB:** GS11P03YAD0040;PJ5N0252

**TO:** Attn: MARK DeMARR
GENERAL SERVICES ADMINISTRATION
7th & D Streets, S.W
Washington, DC 20407
Phone: 202-205-1017 Fax: 202-692-3264

**STARTED:** 10/5/2005
**COMPLETED:**
**REQUIRED:** 10/5/2005

**REQUEST:**

This is a revision for Item#1 RFI#10

-Specifications 010101-1.2 F-1 Item f speaks to the removal of bottom granite column in general. However, Specification 04902 Page8, 3.3 A indicates to remove granite stone as necessary for waterproofing replacement at locations indicated.

- DWG A502 detail#1 indicates to remove the bottom granite panels and reset after the installation of the new WP but It also indicates "see plans for locations". DWG A301 Detail1 indicates to repolish and reinstall granite column cladding or install new granite column cladding as indicated on plan. No where on A101 through A103 show a complete removal of bottom cladding.Drawings only show notes A6 & A7.

- DWG A502 detail#5, indicates Waterproofing to be installed 10" up the column. This is applicable at all locations indicated on sheet plans A101 through A103 notes A6 & A7. Where the bottom granite at columns is not removed, the new waterproofing can be installed at 3-4" high around granite column from concrete slab ( See Foundation Sealers,Inc sketch) Please advise.

**Requested By:** HILLIAN BROTHERS & SONS, INC.

**Date:** 10-6-05

**Signed:** [signature]
Wissam Assaker

Expedition ®

**ANSWER:**

Answered By: GENERAL SERVICES ADMINI

Date: ____________

Signed: ____________
MARK DeMARR




| FOUNDATION SEALERS, INC.<br>703-707-9200<br>(FAX) 703-707-9360 | PROJECT: FOB #6 | DRWGS BY: SC | CHKD BY: SEC | DATE: 8/03/05 |
|---|---|---|---|---|
| | TITLE: TERMINATION @ COLUMN | SCALE: N.T.S. | FILE: 9448 | DWG. NO. FSI-001 |

C.R.W. MECHANICAL, INC.

Mechanical Contractor • A/C Service • Plumbing
5807 Ellerbie Street
Lanham, Maryland 20706
(301) 918-0056 • Fax: (301) 459-0517

September 29, 2006

Hillian Brothers & Sons, Inc.
8501 Ardwick Ardmore Road
Landover, MD 20785

Attn: Wissam Assacker

Re: F.O.B. # 6

Dear Wissam,

Please see the following price for work performed at the above referenced project. The work involved the re-installing the 4 existing fan coil units as requested. It also includes sending a start-up technician on a separate day.

Materials:

| | |
|---|---|
| 10'- ¾" L copper pipe @ $2.80 per foot = | $28.00 |
| 12 - ¾" L copper 90 degree elbows @ $0.83 each = | $ 9.96 |
| 4 - ¾" L copper 45 degree elbows @ $1.20 each = | $ 4.80 |
| 6 - ¾" L copper couplings @ $1.02 each = | $ 6.12 |
| Subtotal = | $48.88 |
| CRW 10 % Overhead = | $ 4.89 |
| Subtotal = | $53.77 |
| CRW 10 % Profit = | $ 5.38 |
| Total = | $59.15 |

Labor: (See attached tickets)

| | |
|---|---|
| 3 Mechanic 40 hours regular time @ $85.00 per hour = | $3,400.00 |
| 1 Apprentice 8 hours regular time @ $49.00 per hour = | $ 392.00 |
| 1 Mechanic 3 hours regular time @ $85.00 per hour = | $ 255.00 |
| Total Labor = | $4,047.00 |

**RECAP**

| | |
|---|---|
| **Materials** | **$ 59.15** |
| Labor | $4,047.00 |
| Total | $4,106.15 |

The total amount for the work performed above is **$4,106.00**. Please do not hesitate to call me with any questions or comments.

Sincerely,

C.R.W. Mechanical, Inc.

Kevin Clark
Vice-President

| C.C. | Quan. | DESCRIPTION | UP | PRICE |
|---|---|---|---|---|
| | 10' | 3/4 L pipe | | |
| | 12 | 3/4 Cu. 90's | | |
| | 4 | 3/4 45's | | |
| | 6 | 3/4 Couplings | | |

EQUIPMENT USED

- ☐ VACUUM PUMP
- ☐ OXY-ACETYLENE
- ☐ PIPE MACHINE
- ☐ WELDING MACHINE
- ☐ RECOVERY SYSTEM
- ☐ OTHER

TOTAL MATERIAL

EQUIPMENT DATA

| MAKE | MODEL | SERIAL NUMBER |
|---|---|---|
| | | |

SUBCONTRACTS

A/C SERVICE MECHANICAL CONTRACTOR PLUMBING

C.R.W. MECHANICAL, INC.

5807 Ellerbie Street
Lanham, MD 20706
(301) 918-0056
Fax: (301) 459-0517
1 (800) 394-0056

WORK ORDER #

CUSTOMER P.O.# 35C

BILLING NAME Hillian

DATE OF LABOR 9-27 22

ADDRESS

PHONE 301-918-C

CALLER

TENANT NAME

JOB LOCATION 400 Maryland Ave (Federal Building)

- ☐ Warranty
- ☐ Contract Job
- ☐ Service Contract
- ☐ Time & Material
- ☐ Res. ☐ Comm.
- ☐ Change Order

DESCRIPTION OF WORK PERFORMED

Re hung 4 existing Fan Coil units, Tied Copper pipes back together Re tied duct work. Will Be Back at a later date to Start up.

JOB COMPLETE ☐ JOB INCOMPLETE ☑ SUPERVISOR FOLLOW-UP ☐

| Technician - Hourly Rate ____ Apprentice Hrly ____ | RT | OT |
|---|---|---|
| Shawn Swisher | 16 | |
| Russ Kay | 16 | |
| Tom Stine, Brent Wilmont | 8 each | |

| | |
|---|---|
| TOTAL LABOR | 48 hrs |
| TOTAL SUB-CONTRACT | |
| TOTAL MATERIAL | |
| TAX | |
| MILEAGE | |

The undersigned acknowledges the work described above was ordered by him and that the material and labor hours and other items shown meet with his approval.

Signed: [signature] Date: 9/27/96

Customer's Signature

Performed by: [signature]

A/C SERVICE MECHANICAL CONTRACTOR PLUMBING

C.R.W. MECHANICAL, INC.

5807 Ellerbie Street
Lanham, MD 20706
(301) 918-0056
Fax: (301) 459-0517
1 (800) 394-0056

WORK ORDER # JMOC

CUSTOMER P.O.#

| C | Quan. | DESCRIPTION | UP | PRICE |
|---|---|---|---|---|
| | | | | |

EQUIPMENT USED
- ☐ VACUUM PUMP
- ☐ OXY-ACETYLENE
- ☐ PIPE MACHINE
- ☐ WELDING MACHINE
- ☐ RECOVERY SYSTEM
- ☐ OTHER

TOTAL MATERIAL

EQUIPMENT DATA

| MAKE | MODEL | SERIAL NUMBER |
|---|---|---|
| | | |

SUBCONTRACTS

BILLING NAME: Hillian
DATE OF LABOR: 9/27/06
ADDRESS: 400 Maryland Ave.
PHONE:
CALLER:
TENANT NAME: FOB
JOB LOCATION: Washington DC

- ☐ Warranty
- ☐ Contract Job
- ☐ Service Contract
- ☒ Time & Material
- ☐ Res. ☐ Comm.
- ☐ Change Order

DESCRIPTION OF WORK PERFORMED

Rewired West Vestibules. Hot water coils. Where Nesessary and started, checked valve activator on all four units, all are now functioning properly.

JOB COMPLETE ☒ JOB INCOMPLETE ☐ SUPERVISOR FOLLOW-UP ☐

| Technician - Hourly Rate______ Apprentice Hrly ______ | RT | OT |
|---|---|---|
| James B Malone | 3 | |

| | |
|---|---|
| TOTAL LABOR | |
| TOTAL SUB-CONTRACT | |
| TOTAL MATERIAL | |
| TAX | |
| MILEAGE | |
| TOTAL | |

The undersigned acknowledges the work described above was ordered by him and that the material and labor hours and other items shown meet with his approval.

Signed: [signature] Date: 9/27/06
Customer's Signature

Performed by: James B Malone
Repairman's Signature

HILLIAN

Hillian Brothers & Sons, Inc.
8501 Ardwick-Ardmore Road
Landover, Maryland 20785
(301) 772-8861 • (301) 772-8864 Fax

General Contracting
Environmental Contracting

April 27, 2006

General Service Administration, WPJ
7th and D Streets S.W.
Washington D.C.
ATTN: Mark DeMarr

**RE: Correct Water Penetration Problems Building FOB-6, GS-11P03YAD0040. W.O. (P-11-05YT-0156/RDC-41024) Precast Installation**

Dear Mr. DeMarr:

Hillian Brothers and Sons received a verbal notification from you, on April 26, 2006 and written notification from you on April 27, 2006, to not to proceed with the installation of the precast concrete panel at the building wall. You have stated that the delivered precast do not match the sample or building panel color. Hillian Brothers and Sons disagree with your statement.

The sample we provided you two months ago was approved by you and the Architect approved the design mix. We fabricated the precast panel using the approved designed mix and approved precast sample (DE12). Hillian Brothers and Sons did exactly what was discussed in the meeting concerning the storage of the precast sample. We took all previous samples from the site and stored the signed sample in a location where it was safe with no traffic around.

We need to proceed with the installation of the panels we have on site. If we are not allowed to proceed with the installation of the precast panel as scheduled, the project completion date will need to be adjusted.

Please contact the undersigned if you have any questions, or if you need additional information.

Sincerely,
**Hillian Brothers and Sons, Inc.**

Lawrence Hillian
V. P. Operations

CC: Lou Berman GSA/WPJ/Chief, Construction
Michael Vrobel, GSA, Contracting Officer

HILLIAN

**Hillian Brothers & Sons, Inc.**
8501 Ardwick-Ardmore Road
Landover, Maryland 20785
(301) 772-8861 • (301) 772-8864 Fax

*General Contracting*
*Environmental Contracting*

May 18, 2006

General Service Administration, WPJ
ATTN: Michael Vrobel, Contracting Officer
7th and D Streets S.W.
Washington D.C.

**RE: Correct Water Penetration Problems Building FOB-6, GS-11P03YAD0040, W.O. (P-11-05YT-0156/RDC-41024) Pre-cast Installation**

Dear Mr. Vrobel:

The purpose of this letter is to discuss and request monies to be paid to Hillian Brothers and Sons for a re-order of Pre-cast panels for the above reference project.

Hillian Brothers provided a GSA approved Pre-cast sample to the manufacture. The manufacture used the approved mix for the Pre-cast panel. The panels we received were similar to the sample but the COR did not agree with the color match. The approved sample had been on site, as directed by the COR, for two months. Mr. Berman directed us to re-order the Pre-cast panel and discussed the additional cost with you. The estimated cost for the Pre-cast is $29,500. We have ordered the Pre-cast panels and the batch sample will be available for review in one week.

Please contact the undersigned if you have any questions, or if you need additional information.

Sincerely,
**Hillian Brothers and Sons, Inc.**

Lawrence Hillian

Lawrence Hillian
V. P. Operations

CC: Lou Berman GSA/WPJ/Chief, Construction

GSA

GSA National Capital Region

May 3, 2006

Hillian Brothers & Sons, Inc.
8501 Ardwick-Ardmore Rd
Landover, Maryland 20785

Correct Water Penetration Problems project located at the Education Building (FOB #6) 400 Maryland Ave, SW, Washington, D.C., GS-11P03YAD0040 / P-11-05-YT-0156 / RDC-41024

General Services Administration is placing Hillian Brothers & Sons, Inc.'s on notice that the contractor furnished new precast concrete panels, for the building façade, have been found not acceptable to the government.

After several site visits by representatives of this office, GSA is hereby making the determination that the precast panels, stored on site for phase A, do not meet the requirements of this contract (DWG A-5-02, detail #1), nor do they match the sample provided by Hillian, and approved by GSA on January 11, 2006.

Hillian shall remove these panels from the jobsite and make arrangements to re-cast them. During the re-casting of these panels, Hillian shall follow the quality control process to assure that the final product does meet the requirements of this contract, by matching the color and finish surfaces of the existing façade. All of these work items shall be performed at no additional cost to the government.

Sincerely,

Louis Berman
General Services Administration
WPJ/ Chief, Construction Section

| | | |
|---|---|---|
| CC: | Michael Vrobel | GSA/Contracting Officer |
| | Mark DeMarr | GSA/WPJ/Project Manager |
| | Claire Watkins | GSA/WL/Regional Counsel |

GSA

GSA National Capital Region

July 17, 2006

Hillian Brothers & Sons, Inc.
8501 Ardwick-Ardmore Road
Landover, Maryland 20785

Correct Water Penetration Problems Project, Department of Education Building (FOB #6) 400 Maryland Ave, SW, Washington, D.C., GS-11P03YAD0040 / P-11-05-YT-0156 / RDC-41024

The General Services Administration has received the Hillian Brothers & Sons (HBS), Inc. letter dated June 28, 2006 (received 6-29-06), pertaining to "Reorder of precast panels in phase A".

The following General Services Administration (GSA) response is a Contracting Officer's Final Decision (COFD).

After a thorough review of the facts, GSA finds no merit with the contractor's request for compensation, in the amount of $31,785.93 to recast the vertical precast panels, for phase 'A' on the above mentioned project. On January 11, 2006, GSA approved the precast sample, provided by HBS for the precast panels. GSA had no further input or quality control of these panels during the manufacturing process. The reason for GSA rejecting these precast panels was that they did not match the sample presented by HBS and approved by GSA in January 2006. The quality control procedures to assure that the manufactured panels were fabricated to match the approved sample is a HBS responsibility. It is the duty of the prime contractor (HBS) to maintain an adequate quality control system on all items to be purchased and installed on this project. Therefore, the government finds that HBS is not due compensation for recasting these panels to match the approved sample of January 11, 2006.

With regards to the contract completion date, the original contract completion date for completing all contract work items (outside phases "A,B,C,D" & all interior work) was June 17, 2006. Through contract change orders, the current project completion date is July 20, 2006. It shall also be noted that GSA has issued a stop work order to HBS removing phases B, C & D as well as most of the interior work inside of the building. The current completion date will remain as July 20, 2006, with liquidated damages in the amount of $340 per day, to start on July 21st, and continue until all remaining contract work items have been completed and found acceptable to the government.

You may appeal this decision to the Board of Contract Appeals. If you decide to appeal, you must, within 90 days from the date you receive this decision, mail or otherwise furnish written notice to the Board of Contract Appeals and provide a copy to the Contracting Officer from whose decision the appeal is taken. The notice shall indicate that an appeal is intended, reference this decision, and identify the contract by number.

Instead of appealing to the Board of Contract Appeals, you may bring an action directly in the U.S. Court of Federal Claims (except as provided in the Contract Disputes Act of 1978, 41 U.S.C. 603, regarding Maritime Contracts) within 12 months of the date you receives the decision. If you appeal to the Board of Contract Appeals, you may, solely at your election, proceed under the Board's small claims procedure for claims of $50,000 or less or its accelerated procedure for claims of $100,000 or less.

Sincerely,

Michael Vrobel
Contracting Officer
General Services Administration

CC: Louis D. Berman GSA/WPJ/Chief of Construction

GSA

GSA National Capital Region

July 13, 2006

Hillian Brothers & Sons, Inc.
8501 Ardwick-Ardmore Rd
Landover, Maryland 20785

Correct Water Penetration Problems project located at the Education Building (FOB #6) 400 Maryland Ave, SW, Washington, D.C., GS-11P03YAD0040 / P-11-05-YT-0156 / RDC-41024

General Services Administration (GSA) is reminding Hillian Brothers & Sons, Inc.'s of the contract completion date of July 20, 2006.

In the event Hillian has not completed all work, not indicated within the stop work order of May 18th), and removed their site compound, GSA will start assessing liquidated damages in the amount of $340 per calendar day. Liquidated damages will continue until work site has been accepted by GSA.

Sincerely,

Mark DeMarr

Mark DeMarr
GSA/WPJ/PM

CC: Louis Berman GSA/WPJ/ Chief, Construction Section
Official File

Washington, DC 20407

HILLIAN

**Hillian Brothers & Sons, Inc.**
8501 Ardwick-Ardmore Road
Landover, Maryland 20785
(301) 772-8861 • (301) 772-8864 Fax

*General Contracting*
*Environmental Contracting*

June 28, 2006

General Services Administration, WPJ
ATTN: Michael Vrobel, Contracting Officer
7th & D Streets, SW
Washington, DC 20407-0001

**RE: 25305G, Correct Water Penetration Problems, FOB #6, 400 Maryland Avenue, SW, Washington, DC, GS-11P03YAD0040/P-11-05-YT-0156/RDC-41024**

Dear Mr. Vrobel:

This is in reference to my earlier letter to you dated May 18, 2006 (See attached) regarding re-ordering of the precast panels. Hillian Brothers and Sons is to replace the precast panels at the building wall at an additional material costs of $31,786.00. Enclosed with this letter is a cost breakdown showing cost of the panels.

Please contact the undersigned if you have any questions, or if you need additional information.
Sincerely,

Lawrence Hillian
V.P. Operations

cc: Louis Berman, GSA/WPJ/ Chief, Construction Section

June 27, 2006

Hillian Brothers and Sons, Inc.
8501 Adrwick-Ardmore Road
Landover, MD 20785
Project

GSA
400 MARYLAND AVE, S.W
WASHINGTON, DC
FOB#6 - CORRECT WATER PENETRATION PROBLEMS

REF: Additional Precast Panels at Building Wall

| | | Quantity | Unit | Unit Cost | Cost |
|---|---|---|---|---|---|
| General Conditions | | | | | |
| | Project Manager | 4.00 | hrs | 52.00 | 208.00 |
| | Administrative | 4.00 | hrs | 27.00 | 108.00 |
| | Labor Burden | 0.35 | % | 316.00 | 110.60 |
| Subtotal | | | | | 426.60 |
| | Overhead at 10% | | | | 42.66 |
| Subtotal | | | | | 469.26 |
| US PRECAST | ( See attached breakdown) | | | | |
| | Precast Panels ( Materials only) | 1.00 | JOB | | 28,000.00 |
| Subtotal | | | | | 28,469.26 |
| | Contractor's Profit at 10% | | | | 2,847 |
| | **Subtotal Project Cost** | | | | **$31,316.19** |
| | Insurance/Bond Cost | | | | 469.74 |
| | **Total Cost** | | | | **$31,785.93** |

*Note: Hillian Brothers & Sons are requesting completion date for this project on August 4,2006.*

# U.S.PRECAST CONCRETE & PLASTER INC.

8303 Quarry Rd
Manassas VA,20110
Phone (703)330-7499
Fax (703)368-7005

**Proposal:# 8704-B**
**Date: 06/03/06**

| To: Hillian Brothers & Son | Ph: 301-772-8861 | Fax: 301-772-8864 |
|---|---|---|
| Attn: Wissam Assaker | | Page 1 of 1 |
| Project:400 Maryland Avenue,SW,WASH,DC | | From: Shawn Pahlavani |

| Item | Description | Size | Qty |
|---|---|---|---|
| 1 | Precast veneer | 2"x10"x350 lf. | 350 Lf. |

We hereby offer to furnish architectural precast concrete elements, for the sum of **Twenty eight thousand dollars and 00/100 cent. $28,000.00**

Accepted By__________________Signature___________________Date_________

**This proposal is subject to terms and conditions on the attached page and they must be part of any contract or purchase order.**

**Thank you for this opportunity**

HILLIAN BROTHERS & SONS, INC.
8501Ardwick-Ardmore Road
Landover, MD 20785
(301) 772-8861 (301) 772-8864 Fax

HILLIAN

# Fax

To: MICHAEL VROBEL From: Lawrence Hillian

Company: GSA

Fax: 202 708-6838 Pages: 4 (including this cover sheet)

Phone: 202 708-7853

Date: June 28, 2006

Re: Correct Water Penetration Problem, FOB #6, Wash, DC

☐ Urgent ☒ For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle

• Comments

Please see the attached

Fax Cover Sheet

# U.S. Precast Concrete & Plaster Inc.

8303 Quarry Rd
Manassas VA, 20110
Phone:703-330-7499
Fax: 703-368-7005

| | |
|---|---|
| *To: Hillian Brothers & Son* | *From: Shawn Pahlavani* |
| *Attention: Lawrence Hillian* | *Date: 06/16/06* |
| Phone No: | Project: |
| Fax No: 301-772--8864 | |

***Total of pages including cover sheet: 3***

***Comments:***

**CERTIFICATION OF CLAIM BY**
**HILLIAN BROTHERS & SONS, INC.**
**CONTRACT NO. GS11P03YAD0040**
**ORDER NO. P-11-05-YT-0156**

I certify that the attached claim is made in good faith; that the supporting data are accurate and complete to the best of my knowledge and belief; that the amount requested accurately reflects the contract adjustment for which Hillian Brothers & Sons, Inc. believes the Government is liable; and that I am duly authorized to certify the claim on behalf of Hillian Brothers & Sons, Inc.

Hillian Brothers & Sons, Inc.

By: Lawrence Hillian
Lawrence Hillian, Vice President, Operations