7005 1820 0005 5139 1333

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $ 8.45

Postmark Here

Mr. Michael J. Vrobel
Sent To: Contracting Office
Street, Apt. No.; or PO Box No.: General Services Admin
301 7th St. N.W.
City, State, ZIP+4: Washington, DC 20407

PS Form 3800, June 2002 — See Reverse for Instructions

USPS - Track & Confirm — Page 1 of 1

UNITED STATES POSTAL SERVICE®

# Track & Confirm

## Search Results

Label/Receipt Number: 7005
Status: Delivered

Your item was delivered at 1
WASHINGTON, DC 20407.

Notification Options

Track & Confirm by email

Get current event information

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Michael J. Vrobel
Contracting Officer
General Services Admin
301 7th St, N.W.
Washington, D.C. 20407

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Michael Vrobel ☒ Agent ☐ Addre

B. Received by (Printed Name) Mike Vrobel
C. Date of De 2/2/10

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchan
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7005 1820 0005 5139 1333

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M

POSTAL INSPECTORS
Preserving the Trust

site map contact us government services jobs National & Pre

Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Priv

ALL-STATE LEGAL®

Ex. 6