LAW OFFICES
GREENBURG, SPENCE & TAYLOR, LLC
51 MONROE PLACE, SUITE 707
ROCKVILLE, MARYLAND 20850-2406

[illegible] A. GREENBURG
DONALD H. SPENCE, JR.
MICHAEL A. TAYLOR
MICHAEL P. MARCHETTI
PAYAM [illegible]

OF COUNSEL
STEVEN M. WEISBAUM

TELEPHONE
301-610-0010

FACSIMILE
301-610-0027

April 5, 2007

VIA CERTIFIED MAIL NO.: 7005 0390 0006 2219 6 7069
Mr. Michael J. Vrobel
Contracting Officer
General Services Administration
301 7th Street, SW
Washington, D.C. 20407-0001

Re: *Correct Water Penetration Problems project located at the Educational Building (FOB #6), 400 Maryland Ave., SW, Washington, D.C. GS-11P030YAD0040 / P-11-05-YT-0156 / RDC-41024*

Dear Mr. Vrobel:

Please accept this letter as a supplement to Hillian Brothers' request for the issuance for a Final Contracting Officer's Decision dated February 12, 2007.

Hillian Brothers' subcontractor, Pagliaro Bros., provided certain materials, including, but not limited to, custom granite pieces for Phases B, C and D of the project. This material was delivered to the project site and retained by the GSA upon termination for convenience of the contract.

Hillian Brothers' final payment application shows "Stone Restoration & Cleaning" line items for Phases B (Item #66), Phase C (Item #17) and Phase D (Item #33) in its last payment application dated August 15, 2006. A copy of Payment Application Number 25305G-15 is attached hereto.

The total amount approved for each of these line items by GSA was $5,080.00 for Phase B and $3,388.00 each for Phases C and D.

Attached hereto is Certified Payment Application #10 of Pagliaro Bros. to Hillian Brothers. Pagliaro Bros.' payment application invoices Hillian Brothers'

ALL-STATE LEGAL®
Ex. 7

$15,255.00 as the value of the work in Phase B, $8,825.00 for the work in Phase C and $9,975.00 for the work in Phase D.

Of the total amount invoiced by Pagliaro Bros. for these three phases to Hillian Brothers is $34,125.00. With Hillian Brothers' ten percent markup of $3,413.00 this comes to a total value of the work performed in Phases B through D of $37,538.00. Subtracting out the $11,856.00 previously approved by the GSA, $25,682.00 still remains to be paid to Hillian Brothers for Pagliaro Bros.' work performed on Phases B through D.

As additional backup I have provided Pagliaro Bros.' invoices showing the actual cost of the materials procured and delivered. Attached are two invoices from Lacroix Granite for $30,500.00 for Bethal white polished 3" granite and two invoices from Cold Spring Granite Company for Iridian granite, totaling $6,981.55. Each invoice is accompanied by the Pagliaro Bros.' check showing payment.

Based on the above, Hillian Brothers hereby supplements its request for a Contracting Officer's Decision as set forth above in the amount of $25,682.00. This brings Hillian Brothers' total claim to $331,773.45.

Thank you for your consideration of this request. Please feel free to contact me if you require any additional information.

Very truly yours,

Donald H. Spence, Jr.

DHS/ces
Enclosures
cc: Hillian Brothers, Inc.
Louis Berman, COR, U.S. General Services Administration

## APPLICATION AND CERTIFICATE FOR PAYMENT

*AIA Document G702*

[illegible] GENERAL SERVICES ADMINISTRATION [illegible]TH & [illegible] STREETS, SW WASHINGTON, DC 20407

Contract No.: GS11P03YAD0040

Act No.: PJ5N02052

APPLICATION NO

PERIOD FROM

PERIOD TO

[illegible]CONTRACTOR: Hillian Brothers and Sons, Inc. 8501 Ardwick-Ardmore Road Landover, Md. 20785

PROJECT NO

CONTRACT FOR: CORRECT WATER PENETRATION PROBLEM @ FOB #6, DEPT O F EDUCATION

CONTRACT DATE:

## CONTRACTOR'S APPLICATION FOR PAYMENT

| [illegible] SUMMARY | | |
|---|---|---|
| [illegible] | ADDITIONS | DEDUCTIONS |
| [illegible] | | |
| Date Approved | | |
| [illegible] 2005 | $ [illegible]9,732.00 | |
| [illegible] 2006 | $ [illegible]0,227.00 | |
| [illegible] 2006 | $ [illegible]5,990.00 | |
| [illegible] 2006 | $ [illegible]2,286.00 | |
| TOTAL | $ 178,235.00 | |
| [illegible] Change Orders | $ 178,235.00 | |

[illegible] Contractor certifies that to the best of the Contractor's knowledge, [illegible] the work covered by this Application for Payment has been [illegible] with the Contract Documents, that all amounts have been [illegible] for Work for which previous Certificates for Payment were [illegible] from the Owner, and that current payment shown [illegible]

[illegible] BROTHERS AND SONS, INC.

[signature]

Application is made for Payment, as shown below, in connection with the contract. AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM:......
2. NET OF CHANGE ORDERS......
3. CONTRACT SUM TO DATE...........
4. TOTAL COMPLETED AND STORED
5. RETAINAGE:
   a. 10 % of Completed Work (Columns D + E on G703) 74,364.[illegible]
   b. 0 % of Stored Material (Column F on G703) [illegible]
   Total Retainage (Line 5a +5b or Total in Column I of G703).............
6. TOTAL EARNED LESS RETAINAGE (Line 4 Less Line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate)
8. CURRENT PAYMENT DUE.........
9. BALANCE TO FINISH, PLUS RETAINAGE Line 3 less Line 6)

State of: County of:

Subscribed and Sworn to before me this day of

Notary Public:

My Commission Expires:

## PAYMENT CERTIFICATION

[illegible] of my knowledge and belief, that – (1)The amounts [illegible] performance in accordance with the specifications [illegible] of the contract.(2) Payments to subcontractors and suppliers [illegible] from previous payments received under the contract, and timely [illegible] from the proceeds of the payment covered by this certification, [illegible] agreements and the requirements of chapter 39 of Title 31, United States Code; and (3) This request for progress payments does not include any amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontractor.

Hillian Brothers & Sons, Inc. By: [signature]

Title: V.P. Operations Date: Aug 21, 2006

*AIA DOCUMENT G703*

[illegible]TION AND CERTIFICATE FOR PAYMENT, Containing
[illegible] is Attached
[illegible] are stated to the nearest dollar.
[illegible] variable retainage for line items may apply.

APPLICATION [illegible]
APPLICATION [illegible]
PERIOD TO
JOB NO
ACT NO

| B | C | D | E | F | G | | |
|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | | | |
| Description of Work | Scheduled Value | From Previous Applications (D+E) | This Period | Materials Presently Stored (Not in D or E) | Total Completed and Stored To Date (D+E+F) | % [illegible] | |
| INTERIOR WORKS | | | | | | | |
| [illegible]TIONS | $ 183,998.00 | $ 94,949.80 | | | $ 94,[illegible] | [illegible]2 | $ |
| [illegible]ER[illegible] | $ 18,000.00 | $ 18,000.00 | $ - | | $ 18,[illegible] | [illegible] | $ |
| [illegible] DEMOLITION | $ 85,529.00 | $ 34,212.00 | $ - | | $ 34,212.[illegible] | 40 | $ |
| [illegible]RETE REPAIR & CRACK INJECTION | $ 377,866.00 | $ 35,663.00 | | | $ 35,663.00 | 9 | $ |
| [illegible] | $ 50,000.00 | $ 31,895.00 | | | $ 31,895 | 64 | $ |
| [illegible]C[illegible] | $ 64,550.00 | $ 54,867.50 | $ 8,082.50 | | $ 62,950.00 | 9[illegible] | $ |
| [illegible]RICA[illegible] | $ 13,894.00 | $ 13,894.00 | $ - | | $ 13,894.00 | 100 | $ |
| [illegible]BTOTAL INTERIOR WORKS | $ 793,837.00 | $ 283,481.30 | $ 8,082.50 | $ - | $ 291,563.80 | 37 | $ |
| | | PHASE A | | | | | |
| [illegible]RAL [illegible]ITIONS | $ 94,500.00 | $ 89,775.00 | $ - | | $ 89,775.00 | 95 | $ |
| [illegible]GINEERING | $ 1,500.00 | $ 1,500.00 | | | $ 1,500.00 | 100 | $ |
| [illegible]ONCRETE/PRECAST PANELS | $ 27,000.00 | $ 27,000.00 | | | $ 2[illegible] | [illegible] | $ |
| [illegible]MEMBRANCE/DRAINS | $ 24,000.00 | $ 24,000.00 | | | $ [illegible] | [illegible] | $ |
| [illegible] GRANITE | $ 30,000.00 | $ 30,000.00 | | | $ [illegible] | 100 | $ |
| [illegible] IN PLACE CONCRETE | $ 143,815.00 | $ 93,480.00 | $ 43,144.00 | | $ 1[illegible]24 | 95 | $ |
| [illegible] REPAIR | $ 16,130.00 | $ 16,130.00 | $ - | | $ [illegible] | 100 | $ |
| [illegible]RETE CLEANOUT | $ 20,118.00 | $ - | $ 10,059.00 | | $ [illegible] | 50 | $ |
| [illegible] RESTORATION & CLEANING | $ 115,500.00 | $ 109,725.00 | | | $ [illegible] | 95 | $ |
| [illegible]BBERIZED WATERPROOFING | $ 30,000.00 | $ 30,000.00 | | | $ [illegible] | 100 | $ |
| [illegible] | $ 6,900.00 | $ - | $ 690.00 | | $ [illegible] | [illegible] | $ |
| [illegible] REFILL PLANTERS | $ 52,049.00 | $ 28,627.00 | $ 18,217.00 | | $ [illegible] | [illegible] | $ |
| [illegible] SALVAGE ITEMS | $ 7,200.00 | $ - | $ 3,600.00 | | $ [illegible] | [illegible] | $ |
| [illegible]REGATE CONCRETE PANEL | $ 77,260.00 | $ 69,534.00 | $ 7,726.00 | | $ [illegible] | [illegible] | $ |
| [illegible] REPLACE GUTTERS | $ 24,500.00 | $ 24,500.00 | | | $ 24,[illegible] | [illegible] | $ |
| [illegible] DRAINS | $ 15,000.00 | $ 14,250.00 | $ 750.00 | | $ [illegible] | [illegible] | $ |
| [illegible]TAL PHASE A | $ 685,472.00 | $ 437,336.00 | $ 84,186.00 | $ - | $ 6[illegible] | | $ |

**AIA DOCUMENT G703**

...ATION AND CERTIFICATE FOR PAYMENT, Containing
...Certification is Attached
...are stated to the nearest dollar.
...variable retainage for line items may apply.

APPLICATION NUMBER:
APPLICATION DATE:
PERIOD TO:
JOB NO:
ACT NO:

| B | C | D | E | F | G | | |
|---|---|---|---|---|---|---|---|
| | | | | | WORK COMPLETED | | |
| Description of Work | Scheduled Value | From Previous Applications (D+E) | This Period | Materials Presently Stored (Not in D or E) | Total Completed and Stored To Date (D+E+F) | % (G/C) | |
| **PHASE B** | | | | | | | |
| ...NERAL CONDITIONS | $ 94,500.00 | $ - | | | $ | - | $ [illegible] |
| ...GINEERING | $ 1,500.00 | $ - | | | $ | - | $ [illegible] |
| ...MOLITION CONCRETE/PRECAST PANELS | $ 27,000.00 | $ - | | | $ | - | $ [illegible] |
| ...MOVE TAR MEMBRANCE/DRAINS | $ 24,000.00 | $ - | | | $ | - | $ [illegible] |
| ...MOVE GRANITE | $ 30,000.00 | $ - | | | $ | - | $ [illegible] |
| ...ST IN CONCRETE | $ 119,815.00 | $ - | | | $ | - | $ [illegible] |
| ...NCRETE REPAIR | $ 5,130.00 | $ - | | | $ | - | $ [illegible] |
| ...NCRETE CLEANOUT | $ 20,118.00 | $ - | | | $ | - | $ [illegible] |
| ...ONE RESTORATION & CLEANING | $ 115,500.00 | $ 5,080.00 | | | $ 5,080.00 | 4 | $ [illegible] |
| ...OT RUBBERIZED WATERPROOFING/DRAINS | $ 30,000.00 | $ - | | | $ | | $ [illegible] |
| ...NT SEALANT | $ 6,900.00 | $ - | | | $ | | $ [illegible] |
| ...MOVE SOIL & REFILL PLANTERS | $ 52,049.00 | $ - | | | $ | | $ [illegible] |
| ...INSTALL SALVAGE ITEMS | $ 7,200.00 | $ - | | | $ | - | $ [illegible] |
| ...MOVE & REPLACE EIFS SOFFIT | $ 27,500.00 | $ 5,500.00 | | | $ 5,500.00 | 20 | $ [illegible] |
| ...INT | $ 8,000.00 | $ - | | | $ | | $ [illegible] |
| ...PLACE AGGREGATE CONCRETE PANEL | $ 42,260.00 | $ - | | | $ | | $ [illegible] |
| ...MOVE AND REPLACE GUTTERS | $ 13,500.00 | | | | $ | | $ [illegible] |
| ...PLACE DRAINS | $ 6,000.00 | $ - | | | $ | | $ [illegible] |
| ...UBTOTAL PHASE B | $ 630,972.00 | $ 10,580.00 | $ - | $ - | $ 10,580.00 | | $ 620,[illegible] |
| **PHASE C** | | | | | | | |
| ...ENERAL CONDITIONS | $ 63,000.00 | $ - | | | $ | | $ [illegible] |
| ...OBILIZATION | $ 5,000.00 | $ - | | | $ | | $ [illegible] |
| ...NGINEERING | $ 1,500.00 | $ - | | | $ | | $ [illegible] |
| ...EMOLITION CONCRETE/PRECAST PANELS | $ 18,000.00 | $ - | | | $ | | $ [illegible] |
| ...EMOVE TAR MEMBRANCE/DRAINS | $ 16,000.00 | $ - | | | $ | | $ [illegible] |
| ...EMOVE GRANITE | $ 20,000.00 | $ - | | | $ | | $ [illegible] |
| ...AST IN CONCRETE | $ 79,876.00 | $ - | | | $ | | $ [illegible] |
| ...ONCRETE REPAIR | $ 3,420.00 | $ - | | | $ | | $ [illegible] |
| ...ONCRETE CLEANOUT | $ 13,412.00 | $ - | | | $ | | $ [illegible] |
| ...ONE RESTORATION & CLEANING | $ 77,000.00 | $ 3,388.00 | | | $ 3,388.00 | 4 | $ [illegible] |
| ...RUBBERIZED WATERPROOFING/DRAINS | $ 20,000.00 | $ - | | | $ | | $ [illegible] |
| ...INT SEALANT | $ 4,600.00 | $ - | | | $ | | $ [illegible] |
| ...MOVE SOIL & REFILL PLANTERS | $ 34,699.00 | $ - | | | $ | | $ [illegible] |
| ...INSTALL SALVAGE ITEMS | $ 4,800.00 | $ - | | | $ | - | $ [illegible] |
| ...SPHALT | $ 6,000.00 | $ - | | | $ | | $ [illegible] |
| ...EMOVE AND REPLACE GUTTERS | $ 9,000.00 | $ - | | | $ | | $ [illegible] |
| ...EPLACE DRAINS | $ 4,000.00 | $ - | | | $ | | $ [illegible] |
| ...UBTOTAL PHASE C | $ 380,307.00 | $ 3,388.00 | $ - | $ - | $ 3,388.00 | | $ [illegible] |

AIA DOCUMENT G703

[illegible] APPLICATION AND CERTIFICATE FOR PAYMENT, Containing
[illegible] is Attached.
[illegible] are stated to the nearest dollar.
[illegible] variable retainage for line items may apply.

APPLICATION [illegible]
APPLICATION [illegible]
PERIOD TO [illegible]
JOB NO
ACT NO

| B | C | D | E | F | G | | |
|---|---|---|---|---|---|---|---|
| | | WORK COMPLETED | | | | | |
| Description of Work | Scheduled Value | From Previous Applications (D+E) | This Period | Materials Presently Stored (Not in D or E) | Total Completed and Stored To Date (D+E+F) | % | [illegible] |
| **PHASE D** | | | | | | | |
| [illegible]RAL CONDITIONS | $ 63,000.00 | $ - | | | $ - | | $ [illegible] |
| [illegible]NEERING | $ 1,500.00 | $ - | | | $ - | | $ [illegible] |
| [illegible]OLITION CONCRETE/PRECAST PANELS | $ 18,000.00 | $ - | | | $ - | | $ [illegible] |
| [illegible]OVE TAR MEMBRANCE/DRAINS | $ 16,000.00 | $ - | | | $ - | | $ [illegible] |
| [illegible]OVE GRANITE | $ 20,000.00 | $ - | | | $ - | | $ [illegible] |
| [illegible]N CONCRETE | $ 79,876.00 | $ - | | | $ - | | $ [illegible] |
| [illegible]CRETE REPAIR | $ 3,420.20 | $ - | | | $ - | | $ [illegible] |
| [illegible]RETE CLEANOUT | $ 13,412.00 | $ - | | | $ - | | $ [illegible] |
| [illegible]E RESTORATION & CLEANING | $ 77,000.00 | $ 3,388.00 | | | $ [illegible] | | $ [illegible] |
| [illegible]ED WATERPROOFING/DRAINS | $ 20,000.00 | $ - | | | $ - | | $ [illegible] |
| [illegible] SEALANT | $ 4,600.00 | $ - | | | $ - | | $ [illegible] |
| [illegible] & REFILL PLANTERS | $ 34,699.80 | $ - | | | $ - | | $ [illegible] |
| [illegible]STALL SALVAGE ITEMS | $ 4,800.00 | $ - | | | $ - | | $ [illegible] |
| [illegible]ALT | $ 6,000.00 | $ - | | | $ - | | $ [illegible] |
| [illegible]OVE AND REPLACE GUTTERS | $ 9,000.00 | $ - | | | $ - | | $ [illegible] |
| [illegible]LACE DRAINS | $ 4,004.00 | $ - | | | $ - | | $ [illegible] |
| SUBTOTAL PHASE D | $ 375,312.00 | $ 3,388.00 | $ - | $ - | $ 3,388.00 | [illegible] | $ 371,[illegible] |
| TOTAL INTERIOR WORK & ALL PHASES | $ 2,865,900.00 | $ 738,173.30 | $ 92,268.00 | $ - | $ 951,625.00 | [illegible] | $ 1,914,[illegible] |
| **OPTION G2** | | | | | | | |
| [illegible]ITION REMOVAL OF EXSTG SLAB | $ 51,722.00 | $ - | | | $ | | [illegible] |
| [illegible]FOLDINGS, FORMWORKS | $ 77,583.00 | $ - | | | $ | | [illegible] |
| [illegible] SLAB WITH REINF | $ 258,610.00 | $ - | | | $ | | [illegible] |
| [illegible]OLITION REMOVAL OF EXSTG DAMAGED SLAB | $ 16,830.00 | $ - | | | $ | | [illegible] |
| [illegible] & PATCH FOR REPAIR | $ 44,880.00 | $ - | | | $ | | [illegible] |
| [illegible]TOTAL OPTION G2 | $ 449,625.00 | $ - | $ - | $ - | $ | | $ 449,[illegible] |
| [illegible]TAL BASE CONTRACT & OPTION G2 | $ 3,315,525.00 | $ 738,173.30 | $ 92,268.00 | $ - | $ 951,625.00 | [illegible] | $ [illegible],363,[illegible] |
| **CHANGE ORDERS** | | | | | | | |
| [illegible]NAL COST FOR BOND | $ 49,732.00 | $ 49,732.00 | | | $ 49,[illegible] | [illegible] | $ |
| [illegible]S GRANITE PLANTERS | $ 10,227.00 | $ 10,227.00 | $ - | | $ 10,227.[illegible] | [illegible] | |
| [illegible] GARAGE - PHASE I | $ 25,990.00 | $ 25,990.00 | $ - | | $ 25,[illegible] | [illegible] | |
| [illegible]DIFFERENTIAL | $ 92,286.00 | $ 20,303.00 | $ - | | $ 20,[illegible] | [illegible] | |
| [illegible]AL CHANGE ORDERS | $ 178,235.00 | $ 106,252.00 | $ - | $ - | $ 106,252.00 | [illegible] | $ [illegible] |
| BASE CONTRACT, OPTION 2 & CHANGE ORDERS | $ 3,493,760.00 | $ 844,425.00 | $ 92,268.00 | $ - | $ 1,057,877.00 | [illegible] | $ 2,435,[illegible] |

CERTIFICATION OF PROGRESS PAYMENTS
UNDER FIXED-PRICE CONSTRUCTION CONTRACTS

ACT NO.

MARYLAND AVENUE, SW, WASHINGTON, DC

5. NAME AND ADDRESS OF CONTRACTING OFFICER (Number, Street, City, State and Zip Code)

GSA, DC SERVICE CENTER
7TH & D STREETS, SW
WASHINGTON, DC 20407
ATTN: MICHAEL VROBEL

INSTRUCTIONS

Type or print all entries on this form except Item 7.

Please sign and return the original, keep a copy for your records.

6. CERTIFICATION

In accordance with the clause at FAR 52.232-5, Payments Under Fixed-price Construction Contracts, I hereby certify, to the best of my knowledge and belief, that --

(1) The amounts requested are only for performance in accordance with the specifications, terms, and conditions of the contract;

(2) Payments to subcontractors and suppliers have been made from previous payments received under the contract, and timely payments will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of Chapter 39 of title 31, United States Code; and

(3) This request for progress payments does not include any amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract.

7. CERTIFIED BY (Signature) Lawrence Hillian

8. DATE 8/29/2006

9. TYPE OR PRINT NAME AND TITLE OF CERTIFYING OFFICER

Lawrence Hillian, Vice President of Operations

10. NAME AND ADDRESS OF CONTRACTOR

Hillian Brothers & Sons, Inc.

A. % OF COMPLETED WORK

TOTALS

B. % OF STORED MATERIAL

NET CHANGE BY CHANGE ORDERS

TOTAL RETAINAGE..............................

The undersigned Contractor certifies that to the best of the Contractor's Knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment show herein is now due,

| | | |
|---|---|---|
| 6. | TOTAL EARNED LESS RETAINAGE................. | 267, |
| 7. | LESS PREVIOUS CERTIFICATES FOR PAYMENT...... | 246, |
| 8. | CURRENT PAYMENT DUE........................ | 21, |
| 9. | BALANCE TO FINISH, PLUS RETAINAGE.......... | 320, |

PAGLIARO BROS.STONE CO., INC.
CONTRACTOR: 6301 FOXLEY ROAD
UPPER MARLBORO, MD.

By: [signature] Date: 3/27/07
Robert Benedetti

State of: Maryland County of: P.G.
Subscribed & sworn to before me this 27day of Ma
Notory Public: Jennifer A. Pagliaro
My Commision expires: 11/1/2007 [signature]

ARCHITECT'S CERTIFICATE FOR PAYMENT
In accordance with the Contract Documents, based on on-site observations and the data comprising the above application, the Architect certifies to the Owner that to the best of the Architest's Knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED.........................$
ARCHITECT:

By: Date:
This Certificate is not negotiable. The AMOUNT CERTIF is payable only to the Contractor named herein, Issuance payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this C

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | POLISH COLUMN COVERS | [illegible] | [illegible] | | [illegible] | [illegible] | | |
| [illegible] | [illegible] | RESET COLUMN COVERS | [illegible] | [illegible] | | [illegible] | [illegible] | | [illegible] |
| [illegible] | -0000008 | CLEAN STONE | 14,800.00 | 14,800.00 | [illegible] | .00 | [illegible] | | [illegible] |
| [illegible] | -0000009 | RAKE AND POINT STONE | 7,300.00 | 7,300.00 | .00 | .00 | 7,300.00 | 100 | .00 |
| [illegible] | -0000010 | FURNISH NEW GRANITE | 24,500.00 | 24,500.00 | .00 | .00 | 24,500.00 | 100 | .00 |
| | | TOTAL THIS ITEM | 168,700.00 | 168,700.00 | .00 | .00 | 168,700.00 | 100 | .00 |
| 2 | -0 | PHASE B ······················· | .00 | .00 | .00 | .00 | .00 | | .00 |
| 2 | -0000001 | REMOVE STEPS | 4,500.00 | .00 | .00 | .00 | .00 | | 4,500.00 |
| 2 | -0000002 | REMOVE PLANTER | 13,200.00 | .00 | .00 | .00 | .00 | | 13,200.00 |
| 2 | -0000003 | REMOVE COLUMN COVERS | 25,900.00 | .00 | .00 | .00 | .00 | | 25,900.00 |
| 2 | -0000004 | RESET STEPS | 4,500.00 | .00 | .00 | .00 | .00 | | 4,500.00 |
| 2 | -0000005 | RESET PLANTER | 17,000.00 | .00 | .00 | .00 | .00 | | 17,000.00 |
| 2 | -0000006 | POLISH COLUMN COVERS | 6,900.00 | .00 | .00 | .00 | .00 | | 6,900.00 |
| 2 | -0000007 | RESET COLUMN COVERS | 25,900.00 | .00 | .00 | .00 | .00 | | 25,900.00 |
| 2 | -0000008 | CLEAN STONE | 12,300.00 | .00 | .00 | .00 | .00 | | 12,300.00 |
| 2 | -0000009 | RAKE AND POINT STONE | 6,200.00 | .00 | .00 | .00 | .00 | | 6,200.00 |
| 2 | -0000010 | FURNISH NEW GRANITE | 20,300.00 | 15,225.00 | .00 | .00 | 15,225.00 | 75 | 5,075.00 |
| | | TOTAL THIS ITEM | 136,700.00 | 15,225.00 | .00 | .00 | 15,225.00 | 11 | 121,475.00 |
| 3 | -0 | PHASE C ********************** | .00 | .00 | .00 | .00 | .00 | | .00 |
| 3 | -0000001 | REMOVE STEPS | 2,600.00 | .00 | .00 | .00 | .00 | | 2,600.00 |
| 3 | -0000002 | REMOVE PLANTER | 8,200.00 | .00 | .00 | .00 | .00 | | 8,200.00 |
| 3 | -0000003 | REMOVE COLUMN COVERS | 15,200.00 | .00 | .00 | .00 | .00 | | 15,200.00 |
| 3 | -0000004 | RESET STEPS | 2,600.00 | .00 | .00 | .00 | .00 | | 2,600.00 |
| 3 | -0000005 | RESET PLANTER | 10,400.00 | [illegible] | [illegible] | .00 | [illegible] | | 10,400.00 |
| 3 | -0000006 | POLISH COLUMN COVERS | 4,000.00 | [illegible] | [illegible] | .00 | [illegible] | | 4,000.00 |
| 3 | -0000007 | RESET COLUMN COVERS | 15,200.00 | [illegible] | [illegible] | .00 | [illegible] | | [illegible] |
| 3 | -0000008 | CLEAN STONE | [illegible] | [illegible] | [illegible] | .00 | [illegible] | | [illegible] |
| [illegible] | -0000009 | RAKE AND POINT STONE | [illegible] | [illegible] | [illegible] | .00 | [illegible] | | [illegible] |
| [illegible] | [illegible] | [illegible] NEW [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | | [illegible] |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | REPLACE [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] |
| | [illegible] | REPLACE PHASE | 11,534.00 | .0 | [illegible] | [illegible] | [illegible] | | [illegible] |
| [illegible] | -0000006 | REPLACE PHASE [illegible] | 11,534.00 | .00 | [illegible] | [illegible] | [illegible] | | [illegible] |
| | | TOTAL THIS ITEM | 88,722.00 | 21,293.00 | 21,293.00 | .00 | 42,586.00 | 48 | 46,136.00 |
| 6 | -0 | REPLACEMENT PLANTER*********** | .00 | .00 | .00 | .00 | .00 | | .00 |
| 6 | -0000001 | STONE PHASE I | 4,840.00 | 4,840.00 | .00 | .00 | 4,840.00 | 100 | .00 |
| 6 | -0000002 | Planter Curb 11 pc. | 4,070.00 | 4,070.00 | .00 | .00 | 4,070.00 | 100 | .00 |
| 6 | -0000003 | Planter Curb 6 pc. | 2,220.00 | 2,220.00 | .00 | .00 | 2,220.00 | 100 | .00 |
| | | TOTAL BASE CONTRACT | 577,352.00 | 235,248.00 | 21,293.00 | .00 | 256,541.00 | 44 | 320,811.00 |
| 6 | -0000004 | TW10407,9,10,16,19,20,22,25,27 | 8,656.91 | 8,656.91 | .00 | .00 | 8,656.91 | 100 | .00 |
| 6 | -0000005 | TW 10436,10438 | 2,155.98 | 2,155.98 | .00 | .00 | 2,155.98 | 100 | .00 |
| | | TOTAL THIS ITEM | 21,942.89 | 21,942.89 | .00 | .00 | 21,942.89 | 100 | .00 |
| | | TOTAL UNAPPROVED CHANGE ORDERS | 10,812.89 | 10,812.89 | .00 | .00 | 10,812.89 | 100 | .00 |
| | | *** JOB TOTALS *** | 588,164.89 | 246,060.89 | 21,293.00 | .00 | 267,353.89 | 45 | 320,811.00 |

A.Lacroix et Fils
Granit Ltée

FACTURE INVOIC
0212

450, RUE PRINCI
ST-SÉBAST
CTÉ MÉGANTIC-COMPTON
CANADA G0Y
Tel (819) 652-2828 Fax (819) 652-

Vendu à / Sold to

PAGLIARO BROTHERS STONE CO. INC
6301 FOXLEY ROAD
UPPER MARLBORO, MD
20772

# P.O FAX 3-29-2006

REF.:
FOB # 6 PANELS
Shipment
1068

Nº d'inscription à la TPS: R-100104199 – Nº de TVQ: 1000219033 TQ-0001 MN DATE: 2006/04/28

| Description | Quantity | Price | Total |
|---|---|---|---|
| BETHEL WHITE POLISHED 3" | 1.00 | 15500.00 | 15500.00 |

PAGLIARO BROTHERS
MAY 03 2006
RECEIVED

B591-04

POSTED

Visit us at:
www.lacroixgranite.com
email: info@lacroixgranite.com

SUB-TOTAL
G.S.T.:
P.S.T.
TOTAL

DETACH AND RETAIN THIS STATEMENT

VENDOR #000060 REFERENCE

**PAGLIARO BROTHERS STONE CO., INC.**
6301 FOXLEY ROAD
UPPER MARLBORO, MARYLAND 20772
(301) 599-6066 • FAX (301) 599-9558

SunTrust Bank

041

65-270
550

| CHECK DATE | CHECK NO. | AMOU |
|---|---|---|
| 6/07/2006 | 41645 | $15,5 |

PAY EXACTLY ******15,500 DOLLARS **00 CENTS***

PAY TO THE ORDER OF

A. LACROIX ET FILS GRANIT LTEE
450 RUE PRINCIPALE ST-SEBASTIE
DIE MEGANTIC-COMPTON, QC
CANADA G0Y 1M0 00000

NON-NEGOTIABLE

⑈041645⑈ ⑆055002707⑆ 0001771590⑈

# A.Lacroix et Fils Granit Ltée

020667

450, RUE PRINCIPALE
ST-SÉBASTIEN
CTE MEGANTIC-COMPTON, QC
CANADA G0Y 1M0
Tel: (819) 652-2828 / Fax: (819) 652-2066

PAGLIARO BROTHERS STONE CO. INC
6301 FOXLEY ROAD
UPPER MARLBORO, MD
20772

P.O. PO DATED 11-04-

REF

Nº d'inscription à la TPS: R-100104199 Nº de TVQ: 1000219033 TQ 0001 MN DATE 2005/12/15

| Description | Quantity | Price | Total |
|---|---|---|---|
| BETHEL WHITE GRANITE PIECES 3" POLISHED | 1.00 | 15000.00 | 15000.00 |

B591-04

PAID

Visit us at:
www.lacroixgranite.com
email: info@lacroixgranite.com

SUB-TOTAL:
G.S.T.:
P.S.T.:
TOTAL:

Thank you!

DETACH AND RETAIN THIS STATEMENT

**PAGLIARO BROTHERS STONE CO., INC.**
6301 FOXLEY ROAD
UPPER MARLBORO, MARYLAND 20772
(301) 599-6066 • FAX (301) 599-9558

SunTrust Bank

0412

65-270
550

| CHECK DATE | CHECK NO. | AMOUNT |
|---|---|---|
| 1/26/2006 | 41217 | [illegible] |

PAY EXACTLY*****15,000*DOLLARS & 00*CENTS***

PAY TO THE ORDER OF

A. LACROIX ET FILS GRANIT LTEE
450 RUE PRINCIPALE ST-SEBASTIEN
CTE MEGANTIC-COMPTON, QC
CANADA G0Y 1M0 00000

NON NEGOTIABLE

⑈041216⑈ ⑆055002707⑆ 000677159⑈

COLD SPRING GRANITE COMPANY

# *INVOICE*

SOLD TO: BAGGARO BROTHERS
6301 FOXLEY ROAD
UPPER MARLBORO MD 20772

Pink Copy - Customer
Green Copy - Remit C
White Copy - File Copy

All claims for deductions must be made within five days from receipt of goods

| Invoice Number | Our Order Number | Terms | Date | Your Order Num |
|---|---|---|---|---|
| 2005286001 | 2005-2860 | Net 30 Days | 20-Dec-05 | |

| DESCRIPTION | AMOUNT |
|---|---|
| RE: *Federal Office Building #6* P.O. #: | |
| A/R Category: *128* F.O.B. *Washington, D.C.* | |
| or Iridian granite identified in our contract: | $ 4,21 |
| ess amount previously invoiced: | $ |
| **otal amount due this invoice:** | $ 4,21 |

Sales Tax Breakout

| | | |
|---|---|---|
| Granite | $ | 3,708.00 |
| Freight | $ | 292.00 |
| *Sales Tax | $ | 213.21 5.750% |
| Total | $ | 4,213.21 |

o deduct the sales tax, an exemption or resale
ertificate must be included with payment.

354 1-04

DETACH AND RETAIN THIS STATEMENT

**CLIARO BROTHERS STONE CO., INC.**
6301 FOXLEY ROAD
UPPER MARLBORO, MARYLAND 20772
(301) 599-6066 • FAX (301) 599-9558

SunTrust Bank

041
65-270
550

| CHECK DATE | CHECK NO | AMOU |
| --- | --- | --- |
| 3/02/2006 | 41333 | 44,2 |

PAY-EXACTLY*******4,213*DOLLARS-2-21*CENTS***

PAY TO THE ORDER OF

COLD SPRING GRANITE COMPANY
P. O. BOX 71037
CHICAGO, IL 60694-1037

NON-NEGOTIABLE

⑈041333⑈ ⑆055002707⑆ 000177159⑈

COLD SPRING GRANITE COMPANY

# *INVOICE*

SOLD TO: PAGLIARO BROTHERS
6301 FOXLEY ROAD
UPPER MARLBORO MD 20772

Pink Copy - Customer
Green Copy - Remit C
White Copy - File Cop

All claims for deductions must be made within five days from receipt of goods

| Invoice Number | Our Order Number | Terms | Date | Your Order Num |
|---|---|---|---|---|
| 2005286002 | 2005-2860 | Net 30 Days | 24-Mar-06 | |

| DESCRIPTION | AMOUNT |
|---|---|
| RE: *Federal Office Building #6* P.O. #: | |
| A/R Category: *128* F.O.B. *Washington, D.C.* | |
| For Iridian granite identified in our contract: | $ 6,98 |
| Less amount previously invoiced: | $ 4,21 |
| **Total amount due this invoice:** | $ 2,76 |

Add of facing

Sales Tax Breakout

| | | | |
|---|---|---|---|
| Granite | $ | 2,635.00 | |
| Freight | $ | - | |
| *Sales Tax | $ | 133.34 | 5.750% |
| Total | $ | 2,768.34 | |

B591-04

To deduct the sales tax, an exemption or resale certificate must be included with payment.

PAGLIARO BROTHERS

RECEIVED

0415

**PAGLIARO BROTHERS STONE CO., INC.**
6301 FOXLEY ROAD
UPPER MARLBORO, MARYLAND 20772
(301) 599-6066 • FAX (301) 599-9558

SunTrust Bank

65-270
550

| CHECK DATE | CHECK NO | AMOUNT |
|---|---|---|
| 5/24/2006 | 41554 | [illegible] |

PAY-EXACTLY$*****2,768*DOLLARS-&-54*CENTS***

PAY TO THE ORDER OF
COLD SPRING GRANITE COMPANY
P. O. BOX 71037
CHICAGO, IL 60694 1037

NON-NEGOTIABLE

⑈041554⑈ ⑆055002707⑆ 000177154⑈

COLD SPRING GRANITE COMPANY

# *INVOICE*

SOLD TO: PAGLIARO BROTHERS
6301 FOXLEY ROAD
UPPER MARLBORO MD 20772

Pink Copy - Customer
Green Copy - Remit
White Copy - File Copy

All claims for deductions must be made within five days from receipt of goods

| Invoice Number | Our Order Number | Terms | Date | Your Order Number |
|---|---|---|---|---|
| 2005286003 | 2005-2860 | Net 30 Days | 11-May-06 | |

| DESCRIPTION | | AMOUNT |
|---|---|---|
| RE: *Federal Office Building #6* | P.O. #: | |
| V/R Category: *128* | F.O.B. *Washington, D.C.* | |
| or Iridian granite identified in our contract: | | $ 9,29 |
| ess amount previously invoiced: | | $ 6,98 |
| **otal amount due this invoice:** | | $ 2,31 |

Add of curb

Sales Tax Breakout

| | | | |
|---|---|---|---|
| Granite: | $ | 1,956.00 | |
| Freight: | $ | 244.00 | |
| *Sales Tax: | $ | 112.47 | 5.750% |
| Total: | $ | 2,312.47 | |

PAGLIARO BROTHERS

POSTED

RECEIVED

o deduct the sales tax, an exemption or resale
rtificate must be included with payment.

B-591-04

VENDOR# : 001201 REFERENCE :

**PAGLIARO BROTHERS STONE CO., INC.**
6301 FOXLEY ROAD
UPPER MARLBORO, MARYLAND 20772
(301) 599-6066 • FAX (301) 599-9558

SunTrust Bank

0417

65-270
550

| CHECK DATE | CHECK NO. | AMOUN |
|---|---|---|
| 7/18/2006 | 41741 | $12,55 |

PAY-EXACTLY$*****12,559*DOLLARS-&-90*CENTS***

PAY TO THE ORDER OF

COLD SPRING GRANITE COMPANY
P. O. BOX 71037
CHICAGO, IL 60694- 1037

⑈041741⑈ ⑆055002707⑆ 0001771159⑈

COLD SPRING GRANITE COMPANY

# *INVOICE*

SOLD TO PAGLIARO BROTHERS
6301 FOXLEY ROAD
UPPER MARLBORO MD 20772

Pink Copy - Customer
Green Copy - Remit Copy
White Copy - File Copy

All claims for deductions must be made within five days from receipt of goods

| Invoice Number | Our Order Number | Terms | Date | Your Order Number |
|---|---|---|---|---|
| 2005286004 | 2005-2860 | Net 30 Days | 27-Jul-06 | |

| DESCRIPTION | AMOUNT |
|---|---|
| RE: *Federal Office Building #6* P.O. #. | |
| A/R Category: *128* F.O.B. *Washington, D.C.* | |
| or Iridian granite identified in our contract: | $ 12,059 |
| ess amount previously invoiced: | $ 9,294 |
| otal amount due this invoice: | $ 2,765 |
| Add of curb & facing | |

Sales Tax Breakout

| | | | |
|---|---|---|---|
| Granite | $ | 1,891.19 | |
| Freight | $ | 766.00 | |
| *Sales Tax | $ | 108.74 | 5.750% |
| Total | $ | 2,765.93 | |

'o deduct the sales tax, an exemption or resale
ertificate must be included with payment.

POSTED

PAGLIARO BROTHERS
AUG 01 2006

COLD SPRING GRANITE COMPANY

| INVOICE NO | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| 2006 20052860 | B591 [illegible] | [illegible] |
| 2006 6388701 | B002 [illegible] | [illegible] |

APPROVED BUSINESS FORMS 301-386-7007

LR2203M1