7005 0390 0006 2196 7069

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.60 |

Postmark Here

Sent To: Mr. Michael J. Wrobel Contracting Office

Street, Apt. No., or PO Box No.: GSA, 301 7th St, SW

City, State, ZIP+4: Washington, DC 20407

PS Form 3800, June 2002 See Reverse for Instructions



Home | Help | Sign In

Track & Confirm FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7005 0390 0006 2196 7069
Detailed Results:

- Delivered, April 09, 2007, 7:17 am, WASHINGTON, DC 20407
- Arrival at Unit, April 09, 2007, 3:52 am, WASHINGTON, DC 20022

< Back Return to USPS.com Home >

Track & Confirm
Enter Label/Receipt Number.
Go >

Notification Options

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email. Go >


Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy

HILLIAN BROTHERS, INC./Dept. Of Education:

ALL-STATE LEGAL® Ex. 8

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Michael J. Vrobel
Contracting Officer
GSA
301 7th St., SW
Washington, D.C.
20407-

2. Article Number
*(Transfer from service label)*

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X Mike Vrobel ☐ Agent ☒ Addressee

B. Received by (*Printed Name*) Mike Vrobel

C. Date of Delivery 4/10/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes