IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **HILLIAN BROS. & SONS, INC.**<br>*Plaintiff,*<br>vs.<br>**UNITED STATES OF AMERICA**<br>*Defendant.* | **Case No: 1:07-cv-00326-RHH**<br>**(Judge Hodges)** |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Plaintiff, Hillian Bros. & Sons, Inc. ("Hillian Bros."), by counsel, pursuant to RCFC Rule 15 (a), hereby moves for leave to file an Amended Complaint, and for cause states as follows:

1. On May 29, 2007, Hillian Bros. filed the Complaint in this matter based on a "deemed denial" by the Contracting Officer as no final decision regarding Hillian Bros.' claim had been issued.

2. By consent of the parties, this matter was stayed in order to allow the Contracting Officer to make a final decision. This Court granted an order to this effect on October 9, 2007.

3. By letter dated November 21, 2007, the Contracting Officer issued his final decision. Therefore, Hillian Bros. now requests an amendment to its Complaint so as to elect an appeal from that decision. A copy of the proposed Amended Complaint is attached hereto as Exhibit 1 and incorporated by reference herein.

4. RCFC Rule 15 (a) allows a party to amend its pleading "by leave of court" which leave "shall be freely given when justice so requires".

5. It is in the interest of justice for this Court to grant leave to allow the amendment so that this matter can be placed in the appropriate procedural posture.

WHEREFORE, Plaintiff, Hillian Bros. & Sons, Inc., hereby requests that this Honorable Court grant leave to file an Amended Complaint, direct that the clerk deem the attached Amended Complaint filed as of the date of the Court's order, and for such other relief as this Court finds appropriate.

Respectfully submitted,

**GREENBURG, SPENCE & TAYLOR, LLC**

Dated: December 19, 2007

By: /s/ MPM

Donald H. Spence, Jr., Esq.
Michael P. Marchetti, Esq.
51 Monroe Place, Suite 707
Rockville, Maryland 20850-2406
301-610-0010
301-610-0021 fax
Email: mmarchetti@gstlaw.com

Attorneys for Hillian Bros. & Sons, Inc.

**CERTIFICATE OF FILING**

I hereby certify that on this 19th day of December, 2007, a copy of the foregoing was filed electronically. I understand that the notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

/s/ MPM
Michael P. Marchetti, Esq.