# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * | * | |
| HILLIAN BROS. & SONS, INC., | * | |
| Plaintiff, | * | No. 07-326C |
| v. | * | Filed: January 8, 2008 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| * * * * * * | * | |

**ORDER**

Plaintiff's request for leave to file its Amended Complaint is GRANTED. Defendant does not oppose. The Answer is due January 28, 2008.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge