GSA

GSA National Capital Region

BY FACSIMILE TRANSMISSION

SEP 25 2006

Mr. Lawrence Hillian
Hillian Brothers & Sons, Inc.
8501 Ardwick-Ardmore Rd
Landover, Maryland 20785

Subject: Correct Water Penetration Problems project located at the Education Building (FOB #6) 400 Maryland Ave, SW, Washington, D.C., GS-11P03YAD0040 / P-11-05-YT-0156 / RDC-41024

Dear Mr. Hillian,

Your firm, Hillian Brothers & Sons, Inc., was awarded this contract on March 31, 2005, in the amount of $3,315,525.00, with the notice to proceed issued on July 17, 2005, and a completion date of June 17, 2006. The contract work was to be phased, with the exterior work to be broken down into four (4) separate phases, and interior work to be coordinated accordingly. Based on the original Hillian completion schedule, the critical milestone of completing phase A (the first of four) was to be November 7, 2005 (run date Aug 15, 2005). Hillian failed to meet this critical milestone for completing all work within phase A contract work located inside of the building, as well as each completion milestone since then.

On the contract completion date of July 20, 2006, for all four phases, Hillian again failed to meet the milestone for completing phase A work and work located inside of the building. Hillian has failed to demonstrate, even after the entire contract period had passed, that it is capable of performing according to the schedule and level of quality required by the Contract. Hillian again is unable to meet the most recent scheduled completion date for phase A work of September 22, 2006.

Since Hillian has failed to perform Contract No. GS-11P03YAD0040 / P1105YT0156 / RDC-41024 within the time required by its terms, the Government is considering terminating this contract under the provisions for default of the contract. Pending a final decision in this matter, it will be necessary to determine whether your failure to perform arose from causes beyond your control and without fault or negligence on your part. Accordingly, you are given the opportunity to present, in writing, any facts bearing on the question to Mr. Michael Vrobel, Contracting Officer GSA / WPJ, 301 7th Street, SW, Washington DC, 20407 (facsimile number: 202-708-6838), by close of business on September 28, 2006. Your failure to present any excuses within this time may be considered as an admission that none exist. Your attention is invited to the respective rights of the Contractor and the Government and the liabilities that may be invoked if a decision is made to terminate for default.

U.S. General Services Administration
301 7th Street, SW
Washington, DC 20407-0001

Any assistance given to you on this contract or any acceptance by the Government of delinquent goods or services will be solely for the purpose of mitigating damages, and it is not the intention of the Government to condone any delinquency or to waive any rights the Government has under the contract.

A copy of this letter is being forwarded to the representative of your sureties, The Hanover Insurance Company, as well as the Small Business Administration.

Sincerely,

MICHAEL J. VROBEL
Contracting Officer

cc: The Hanover Insurance Company
Attention: Mr. Dupuis
Bond #1713035, Fax (804)288-6946

Small Business Admin
Attention: Mr. Joseph Loddo
Fax (202)481-2740

Official File