**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **HILLIAN BROS. & SONS, INC.**<br>*Plaintiff/Counter-Defendant,*<br>**vs.**<br>**UNITED STATES OF AMERICA**<br>*Defendant/Counter-Plaintiff.* | **Case No: 1:07-cv-00326-RHH**<br>**(Judge Hodges)** |

**<u>HILLIAN BROS. & SONS, INC.'S ANSWER TO COUNTERCLAIM</u>**

Plaintiff/Counter-Defendant, Hillian Bros. & Sons, Inc., by counsel, in accordance with Federal Rules of Civil Procedure, in answer of the Counterclaim of Defendant/Counter-Plaintiff, The United States, hereby respectfully submits its answers and affirmative defenses:

1. Hillian Bros. admits the allegations contained in Defendant's Counterclaim, Paragraph 18.

2. Hillian Bros. admits the allegations contained in Defendant's Counterclaim, Paragraph 19.

3. Hillian Bros. submits that the Contract and change orders speak for themselves and on that basis denies the allegations contained in Defendant's Counterclaim, Paragraph 20.

4. Hillian Bros. admits to receiving a stop work order and payments of $291,562.00 for the interior work, but denies the remaining allegations contained in Defendant's Counterclaim, Paragraph 21.

5. Hillian Bros. admits to receiving the September 25, 2006 letter but submits that the contents of such letter speaks for itself. Hillian Bros. denies the remaining allegations contained in Defendant's Counterclaim, Paragraph 22.

6. Hillian Bros. admits the allegations contained in Defendant's Counterclaim,

Paragraph 23.

7. Hillian Bros. admits the allegations contained in Defendant's Counterclaim, Paragraph 24.

8. Hillian Bros. admits that Defendant made the determination as alleged in Defendant's Counterclaim, Paragraph 25, but denies that the determination is correct.

9. Hillian Bros. admits the allegations contained in Defendant's Counterclaim, Paragraph 26.

10. Hillian Bros. admits the allegations contained in Defendant's Counterclaim, Paragraph 27.

11. Hillian Bros. admits that its claims included a credit for damage to plants but denies any liability for the remaining allegations contained in Defendant's Counterclaim, Paragraph 28.

12. Hillian Bros. admits that its scaffolding affected the garbage pick-up and agreed to help with the garbage pick-up. Hillian Bros. denies the remaining allegations contained in Defendant's Counterclaim, Paragraph 29.

13. Hillian Bros. denies the allegations contained in Defendant's Counterclaim, Paragraph 30.

14. Hillian Bros. denies the allegations contained in Defendant's Counterclaim, Paragraph 31.

15. Hillian Bros. admits that its concrete subcontractor accidently set off the sprinkler system and agrees that Defendant was damaged $650.00 as a result. Hillian Bros. denies the remaining allegations contained in Defendant's Counterclaim, Paragraph 32.

16. Hillian Bros. asserts that the terms of the agreement speaks for itself and on that basis denies the allegation characterizing the agreement related to dust. Hillian Bros. denies the remaining allegations contained in Defendant's Counterclaim, Paragraph 33.

17. Hillian Bros. denies the allegations contained in Defendant's Counterclaim, Paragraph 34.

18. Hillian Bros. asserts that the terms of the agreement speaks for itself and on that basis denies the allegation characterizing the agreement related to submittals. Hillian Bros. denies the remaining allegations contained in Defendant's Counterclaim, Paragraph 35.

19. Hillian Bros. denies any and all allegations not specifically admitted or denied above.

## GENERAL DENIAL

Hillian Bros. denies that Defendant/Counter-Plaintiff, has sustained any damages recoverable under law by reason of any act or omission on the part of Hillian Bros. Hillian Bros. denies that Defendant/Counter-Plaintiff is entitled to any recovery from Hillian Bros. in any amount whatsoever on any basis.

## AFFIRMATIVE DEFENSES

Hillian Bros. asserts, separately and/or alternatively, even if inconsistent, the following affirmative defenses:

### First Affirmative Defense
### (Failure to State a Claim)

The Counterclaim fails to state a claim upon which relief may be granted as against Hillian Bros.

**Second Affirmative Defense**
**(Waived, Excused or Prevented)**

Hillian Bros. completed all work required by the Contract except where same may have been waived, excused or prevented by Defendant/Counter-Plaintiff.

**Third Affirmative Defense**
**(Failure to Pay)**

Any default by Hillian Bros. is excused by Defendant/Counter-Plaintiff's previous failure to pay.

**Fourth Affirmative Defense**
**(Estoppel)**

The relief requested in the Counterclaim should be denied pursuant to the legal doctrine of estoppel.

**Fifth Affirmative Defense**
**(Waiver)**

The relief requested in the Counterclaim should be denied pursuant to the legal doctrine of waiver.

**RESERVATION OF CLAIMS AND DEFENSES**

Hillian Bros. reserves the right to assert any other claims or defenses as may be available, or may become available to it during the course of these proceedings.

WHEREFORE, Plaintiff/Counter-Defendant, Hillian Bros. & Sons, Inc., respectfully request that this Court dismiss with prejudice each and every cause of action contained within the Defendant's Counterclaim and grant such other and further relief as the Court may deem just and proper, together with costs, disbursements and attorney's fees incurred in this proceeding.

Respectfully submitted,

**GREENBURG, SPENCE & TAYLOR, LLC**

Dated: February 8, 2008

By: /s/ MPM

Donald H. Spence, Jr., Esq.
Michael P. Marchetti, Esq.
51 Monroe Place, Suite 707
Rockville, Maryland 20850-2406
301-610-0010
301-610-0021 fax
Email: mmarchetti@gstlaw.com

Attorneys for Hillian Bros. & Sons, Inc.

## CERTIFICATE OF FILING

I hereby certify that on this 8th day of February, 2008, a copy of the foregoing was filed electronically. I understand that the notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

/s/ MPM
Michael P. Marchetti, Esq.