**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**HILLIAN BROS. & SONS, INC.**

*Plaintiff/Counter-Defendant,*

**vs.**

**UNITED STATES OF AMERICA**

*Defendant/Counter-Plaintiff.*

**Case No: 1:07-cv-00326-RHH**
**(Judge Hodges)**

**NOTICE OF DISCOVERY**

Plaintiff/Counter-Defendant, Hillian Bros. & Sons, Inc., by counsel, hereby certifies that Armando A. Rodriguez-Feo (armando.rodriguez-feo@usdoj.gov) and natcourts.dockets@usdoj.gov, Counsel for Defendant/Counter-Plaintiff, was served with Hillian Bros. & Sons, Inc.'s Rule 26 (a) (1) Disclosures, electronically. Hillian Bros. & Sons, Inc. further states that it shall retain the original and shall make it available for inspection upon the request of any other party.

Respectfully submitted,

**GREENBURG, SPENCE & TAYLOR, LLC**

Dated: February 19, 2008

By: /s/ MPM

Donald H. Spence, Jr., Esq.
Michael P. Marchetti, Esq.
51 Monroe Place, Suite 707
Rockville, Maryland 20850-2406
301-610-0010
301-610-0021 fax
Email: mmarchetti@gstlaw.com

Attorneys for Hillian Bros. & Sons, Inc.

**CERTIFICATE OF FILING**

I hereby certify that on this 19th day of February, 2008, a copy of the foregoing was filed electronically. I understand that the notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

/s/ MPM
Michael P. Marchetti, Esq.