# In the United States Court of Federal Claims

* * * * * *

| | | |
|---|---|---|
| HILLIAN BROS. & SONS, INC., | * | |
| Plaintiff, | * | No. 07-326C |
| v. | * | Filed: April 1, 2008 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |

* * * * * *

**ORDER**

The parties' schedule calls for discovery and other activities for an entire year before the deadline for filing dispositive motions. Dispositive motions presumably would be based on jurisdictional grounds, or for failure to state a claim. The issues set out in paragraph (h)(1) are legal issues that we should be able to resolve without discovery. Other issues listed under paragraph (h) call for contract interpretation by the court, also legal issues. The parties may conduct discovery beginning with the receipt of this Order, if necessary. However, before entering a schedule leading to dispositive motions or trial, we ask that counsel submit relevant portions of the contract in dispute and the contracting officer's ruling, if any. Thereafter, we may schedule a hearing to decide how much discovery is needed, if any, and other means we may have to assist the parties. These materials may be submitted by either party, no later than April 11.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge