IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HILLIAN BROS. & SONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-326 |
| | ) | (Judge Hodges) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

On April 1, 2008, the Court issued an order directing the parties to submit portions of the contract in dispute and the contracting officer's ruling, if any. The order further indicated that the Court had concerns regarding the length of the discovery period proposed by the parties, given the parties' representation that dispositive motions may be submitted. The parties conferred on April 10, 2008 concerning their respective position and provide the following status report.

Plaintiff Hillian Bros. & Sons, Inc. ("Hillian") believes that the issues in this case are factual, requiring discovery prior to the filing of any dispositive motions. The Government suggests that some issues may potentially be resolved through summary disposition, either with limited or no discovery, while others will require development of the facts through discovery. Accordingly, in the joint preliminary status report, the parties' request for a one-year period to conduct discovery, despite the potential submission of dispositive motions, was an attempt to align these two possible scenarios.

Attached with this motion as Exhibit A, is a copy of the contracting officer's final decision of November 21, 2007, pursuant to the Court's remand order. Agency counsel is out of the office this week and will not return until the week of April 14, 2008. Upon his return, he will compile a copy of the entire contract, which we will file separately by leave of the Court.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Assistant Director

s/Donald H. Spence
DONALD H. SPENCE, JR., ESQ
MICHAEL P. MARCHETTI, ESQ.
Greenburg, Spence & Taylor, LLC
51 Monroe Place, Suite 707
Rockville, Maryland 20850-2406
Tele: (301) 610-0010
Fax:(301) 610-0021 (Fax)

Attorneys for Plaintiff

s/Armando A. Rodriguez-Feo
ARMANDO A. RODRIGUEZ-FEO
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-3390
Fax: (202) 514-8624

Attorneys for Defendant

April 11, 2008

CERTIFICATE OF FILING

I hereby certify that on this 11th day of April, 2008, a copy of foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Armando Rodriguez-Feo