IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HILLIAN BROS. & SONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-326 |
| | ) | (Judge Hodges) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

UNOPPOSED MOTION FOR LEAVE TO FILE CONTRACT ON CD-ROM AND TO WAIVE PAPER COPY

On April 11, 2008, the parties filed a joint status report in response to the Court's April 1, 2008 order, which directed the parties to submit portions of the contract in dispute and the contracting officer's ruling, if any. The parties attached the contracting officer's final decision of November 21, 2007. However, the Government was unable to produce the contract because agency counsel was out of the office. The agency reproduced a copy of the pertinent contract and provided it to Government counsel in order to further respond to the Court's April 1, 2008 order. The contract documents span 436 pages.

Accordingly, defendant, the United States, respectfully requests leave to file the contract in this case utilizing a CD-ROM. The contract and associated documents exceed the 4-megabyte limitation applicable to electronic filings with the Court pursuant to the Rules of the United States Court of Federal Claims ("RCFC") General Order 42A ¶ 4, and the 50-page limitation requiring printed documents, RCFC General Order 42A ¶ 5.

These materials can most efficiently be delivered to the Court and to the parties on a CD-ROM. This method will provide efficient and easy access by the parties and the Court.

Because of the portability and ease of manipulation of the documents on a CD-ROM, we also respectfully request that the Court waive the requirement of RCFC General Order 42A ¶ 5

that an additional paper copy be supplied to the Court.

Hillian Brothers & Sons, Inc., does not object to our request.

For these reasons, defendant respectfully requests that this motion for leave to file on CD-ROM and to waive the additional paper copy be granted.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Assistant Director

s/Armando A. Rodriguez-Feo
ARMANDO A. RODRIGUEZ-FEO
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-3390
Fax: (202) 514-8624

April 18, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 18th day of April, 2008, a copy of foregoing “UNOPOOSED MOTION FOR LEAVE TO FILE CONTRACT ON CD-ROM AND TO WAIVE PAPER COPY” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Armando Rodriguez-Feo