IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HILLIAN BROS. & SONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-326 |
| | ) | (Judge Hodges) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S NOTICE OF FILING THE CONTRACT PURSUANT TO COURT ORDER

Pursuant to the Court's April 1, 2008 order, which directed the parties to submit portions of the contract in dispute and the contracting officer's ruling, if any, defendant gives notice that it is filing the contract documents on CD-ROM.

The contract documents are contained in one CD-ROM, and a copy of the CD will be filed by leave of the Court and served upon Hillian Brothers & Sons, Inc.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Assistant Director

s/Armando A. Rodriguez-Feo
ARMANDO A. RODRIGUEZ-FEO
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-3390
Fax: (202) 514-8624

April 18, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 11th day of April, 2008, a copy of foregoing "NOTICE OF FILING THE CONTRACT PURSUANT TO COURT ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Armando Rodriguez-Feo

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 18th day of April, 2008, I caused to be placed in the United States mail (first-class mail, postage paid) a copy of "DEFENDANT'S NOTICE OF FILING THE CONTRACT PURSUANT TO COURT ORDER," and one copy of the CD-ROM filed with the Court, addressed as follows:

Donald H. Spence, Jr., ESQ
Greenburg, Spence & Taylor, LLC
51 Monroe Place, Suite 707
Rockville, Maryland 20850-2406

s/ Armando Rodriguez-Feo