# In the United States Court of Federal Claims

```
*    *    *    *    *    *

HILLIAN BROS. & SONS, INC.,      *

        Plaintiff,               *        No. 07-326C

        v.                       *        Filed: April 18, 2008

UNITED STATES OF AMERICA,        *

        Defendant.               *

*    *    *    *    *    *
```

**ORDER**

Defendant's motion for leave to file contract documents by CD-ROM is GRANTED. The additional paper copy is waived.

                                              s/Robert H. Hodges, Jr.
                                              Robert H. Hodges, Jr.
                                              Judge