# In the United States Court of Federal Claims

* * * * * *

HILLIAN BROS. & SONS, INC., *

Plaintiff, * No. 07-326C

v. * Filed: April 18, 2008

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * *

**ORDER**

Defendant's motion for leave to file contract documents by CD-ROM is GRANTED. The additional paper copy is waived.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge