# In the United States Court of Federal Claims

* * * * * *

HILLIAN BROS. & SONS, INC., *

Plaintiff, * No. 07-326C

v. * Filed: May 14, 2008

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * *

**ORDER**

The parties' second joint preliminary status report raises additional questions for the Court. The parties will agree on a date and time to meet over the telephone. Counsel should call Ms. Croteau at 202-357-6574 for the court's availability.

SO ORDERED.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge