# In the United States Court of Federal Claims

* * * * * *

HILLIAN BROS. & SONS, INC., *

Plaintiff, * No. 07-326C

v. * Date: May 27, 2008

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * *

**ORDER**

The Court held a telephonic status conference today, May 27. The parties agree to file a joint status report on August 27.

SO ORDERED.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge