IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HILLIAN BROS. & SONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-326 |
| | ) | (Judge Hodges) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's order of May 27, 2008, the parties hereby file this status report.

The Government recently provided Hillian Bros. & Sons, Inc. ("Hillian") with the Government's contract documents in an effort to narrow the issues of contention in this case. Upon Hillian's review of these documents, the parties plan to meet and resolve as many of the disputed issues as possible.

The parties request additional time for this purpose and respectfully request that the court allow them to file another joint status report addressing the status of the case by November 7, 2008.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Assistant Director

s/Donald H. Spence
DONALD H. SPENCE, JR., ESQ
MICHAEL P. MARCHETTI, ESQ.
Greenburg, Spence & Taylor, LLC
51 Monroe Place, Suite 707
Rockville, Maryland 20850-2406
Tele: (301) 610-0010
Fax:(301) 610-0021 (Fax)

Attorneys for Plaintiff

s/Armando A. Rodriguez-Feo
ARMANDO A. RODRIGUEZ-FEO
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-3390
Fax: (202) 514-8624

Attorneys for Defendant

August 26, 2008

CERTIFICATE OF FILING

I hereby certify that on this 26th day of August, 2008, a copy of foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Armando Rodriguez-Feo