# In the United States Court of Federal Claims

* * * * * *

HILLIAN BROS. & SONS, INC., *

Plaintiff, * No. 07-326C

v. * Filed: August 27, 2008

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * *

**ORDER**

Counsel filed a joint status report on August 26 seeking additional time to meet and resolve some of the disputed issues. The parties will inform the court of the status of this case on or before November 7, 2008.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge